DEFENDANT:         1.  GEORGE H. ASKEW

YEARS OF BIRTH: 1973, 1975

ADDRESS:           Denver, Colorado

COMPLAINT FILED: ___ YES   _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ___ YES  _X_ NO

OFFENSE:

Count One:      Possession with Intent to Distribute More than 28 Grams of Crack Cocaine
                21 U.S.C. § 841(a)(1) and (b)(1)(B)

Count Two:      Prohibited Person in Possession of Firearm
                18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2

Count Three:    Using a Residence for the Purpose of Distributing Controlled Substance
                21 U.S.C. § 856(a)(1) and (2) and (b)

Count Four:     Possession of Firearm in Furtherance of Drug Trafficking Felony
                18 U.S.C. § 924(c)

Count Thirty-Two:  Using and Maintaining Drug-Involved Premises
                21 U.S.C. § 856(a)(1) and (2) and (b)
                Aiding and Abetting
                18 U.S.C. § 2

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count One:  Defendant has a prior PCS state felony conviction.  NLT 10 years, NMT life imprisonment; a fine of NMT $8,000,000.00, or both; NLT 8 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Two:  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Three:  NMT 20 years imprisonment; a fine of NMT $500,000.00, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Four</u>:  NLT 5 years imprisonment; a fine of NMT $250,000.00, or both; and a $100.00 special assessment.

<u>Count Thirty-Two</u>:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

## NOTICE OF FORFEITURE

<u>AGENT</u>:        Special Agent Jason Cole
              Alcohol Tobacco and Firearms

<u>AUTHORIZED BY</u>:   Guy Till
                    Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_\_\_\_ five days or less       \_\_X\_\_ over five days       \_\_\_\_\_ other

<u>THE GOVERNMENT</u>

\_\_X\_\_ will seek detention in this case       \_\_\_\_\_ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:        \_\_X\_\_        Yes        \_\_\_\_\_ No