DEFENDANT:        8.  ERIC LUGO

YEAR OF BIRTH:    1976

ADDRESS:          Denver, Colorado

COMPLAINT FILED: ____YES   __X__   NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   ____YES   __X__   NO

OFFENSE:

| | |
|---|---|
| Count Six: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C) |
| Count Seven: | Possession with Intent to Distribute Cocaine<br>21 U.S.C. § 841(a)(1) and (b)(1)(C)<br>18 U.S.C. § 2 |
| Count Thirty-Two: | Using and Maintaining Drug-Involved Premises<br>21 U.S.C. § 856(a)(1) and (2) and (b)<br>Aiding and Abetting<br>18 U.S.C. § 2 |

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Six:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Seven:  NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

**NOTICE OF FORFEITURE**

AGENT:        Special Agent Jason Cole

Alcohol Tobacco and Firearms

<u>AUTHORIZED BY</u>:  Guy Till
Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

\_\_\_\_ five days or less      <u> X </u> over five days      \_\_\_\_ other

<u>THE GOVERNMENT</u>

<u> X </u> will seek detention in this case       \_\_\_\_ will **not** seek detention in this case

The statutory presumption of detention is  applicable to this defendant.

OCDETF CASE:      <u> X </u>       Yes      \_\_\_\_ No