DEFENDANT:          11.  DARRELL R. PARKER

YEAR OF BIRTH:      1947, 1949

ADDRESS:            Denver, Colorado

COMPLAINT FILED:  _____YES   _X____  NO

      IF YES, PROVIDE MAGISTRATE CASE NUMBER:  _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____YES   _X____  NO


OFFENSE:

Count Eight:          Prohibited Person in Possession of Firearm
                      18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2

Count Thirty-Two:     Using and Maintaining Drug-Involved Premises
                      21 U.S.C. § 856(a)(1) and (2) and (b)
                      Aiding and Abetting
                      18 U.S.C. § 2


LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Eight:  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years
supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3
years supervised release following any period of imprisonment; and a $100.00 special
assessment.


**NOTICE OF FORFEITURE**

AGENT:          Special Agent Jason Cole
                Alcohol Tobacco and Firearms


AUTHORIZED BY:  Guy Till

Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other

THE GOVERNMENT

__X__ will seek detention in this case     _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:     __X__     Yes     _____ No

2