DEFENDANT: 6. RICHARD W. JOHNSON

YEAR OF BIRTH: 1955

ADDRESS: Denver, Colorado

COMPLAINT FILED: ____ YES __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____ YES __X__ NO

OFFENSE:

Count Thirty-Two: Using and Maintaining Drug-Involved Premises
21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting
18 U.S.C. § 2

Count Thirty-Four: Possession of Firearm by Prohibited Person
18, USC, §§ 922(g)(1) & 924(a)(2)
Aiding and Abetting
18 U.S.C. § 2

Count Thirty-Five: Possession of Firearm in Furtherance of Drug Trafficking Felony
18 U.S.C. § 924(c)

Count Thirty-Six: Possession of Firearm by Prohibited Person
18, U.S.C. §§ 922(g)(1) & 924(a)(2)
Aiding and Abetting
18 U.S.C. § 2

Count Thirty-Seven: Possession of a Prohibited Weapon
26 U.S.C. §§ 5861(d) & 5871

LOCATION OF OFFENSE: Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Thirty-Two: NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment

<u>Count Thirty-Four:</u>   NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment

<u>Count Thirty-Five;</u>   NLT 5 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

<u>Count Thirty-Six:</u>   NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment

<u>Count Thirty-Seven:</u>   NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment

**NOTICE OF FORFEITURE**

<u>AGENT</u>:   Special Agent Jason Cole
             Alcohol Tobacco and Firearms

<u>AUTHORIZED BY</u>:   Guy Till
                    Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_____ five days or less     __X__ over five days     _____ other

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case     _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:     __X__     Yes     _____ No

2