DEFENDANT:            11.  DARRELL R. PARKER

YEAR OF BIRTH:    1947, 1949

ADDRESS:              Denver, Colorado

COMPLAINT FILED: _____YES    X     NO

        IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? _____YES    X     NO


OFFENSE:

Count Eight:          Prohibited Person in Possession of Firearm
                      18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2

Count Thirty-Two:    Using and Maintaining Drug-Involved Premises
                      21 U.S.C. § 856(a)(1) and (2) and (b)
                      Aiding and Abetting
                      18 U.S.C. § 2


LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

Count Eight:  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.

Count Thirty-Two:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment.


                        **NOTICE OF FORFEITURE**

AGENT:        Special Agent Jason Cole
              Alcohol Tobacco and Firearms


AUTHORIZED BY:  Guy Till
                Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_____ five days or less      __X__ over five days      _____ other

<u>THE GOVERNMENT</u>

__X__ will seek detention in this case      _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      __X__          Yes      _____ No