IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   **GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

      Defendants.

---

**DEFENDANT, GADDY'S MOTION TO WAIVE PRESENCE FOR RE-ARRAIGNMENT ON SUPERSEDING INDICTMENT (Docket #180)**

---

**COMES NOW**, the Defendant, George M. Gaddy, by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby requests this Court to permit him to waive his presence for re-arraignment scheduled for February 23, 2012, and as grounds therefore, states and alleges as follows:

1. The First Superseding Indictment (Docket #180) was filed on or about February 6, 2012.

2. As a result of the filing of the Superseding Indictment, a re-arraignment hearing was scheduled for February 23, 2012 at 10:00 a.m. before Magistrate Judge Hegarty. (Docket #188).

3. After providing the Defendant with a copy of the Superseding Indictment by undersigned counsel, advisement of the nature of the charges contained therein and advisement of his rights by counsel, the Defendant and his counsel signed and filed with the Court the Waiver of Re-Arraignment Pursuant to Fed.R.Crim.P. Rule 10 and Entered a Plea of Not Guilty on or about February 14, 2012 (Docket #194). The Defendant has already been arraigned on the charges contained in the Indictment (Docket #1) (Counts 31 & 32). The First Superseding Indictment does not add any new charges against this Defendant.

4. The Defendant appeared at his arraignment and detention hearing on January 31, 2012 while still in custody in a wheel chair.

5. The Defendant still remains frail and requests this Court to waive his presence and accept his waiver of his right and requirement to be present at his re-arraignment on February 23, 2012 and for the Court to accept his plea of not guilty.

**WHEREFORE,** the Defendant, Gaddy hereby requests that this Court issue an Order granting the Defendant's Waiver of Appearance and excusing him from the Re-Arraignment Hearing on February 23, 2012 at 10:00 a.m., for the reasons stated.

-3-

Respectfully submitted this 22nd day of February, 2012.

**JEFFREY R. EDELMAN, P.C.**

s/ Jeffrey R. Edelman

_____
Jeffrey R. Edelman, # 7413
19201 East Mainstreet, Suite 203
Parker, Colorado  80134
[720] 851-8440
[720] 851-5874 [fax]
Email:  jredel@earthlink.net
*Attorney for Defendant, Gaddy (4)*

-3-

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 22nd day of February, 2012, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Email:  guy.till@usdoj.gov

Edward R. Harris, Esq.
Office of the Federal Public Defender
633 – 17th Street, Suite 1000
Denver, Colorado  80202
Email:  Edward_Harris@fd.org
*Attorney for Defendant, Askew (1)*

John H. Schlie, Esq.
Law Office of John Henry Schlie, P.C.
7100 East Belleview Avenue, #G-11
Greenwood Village, Colorado  80111
Email:  johnhenry@schlielawfirm.com
*Attorney for Defendant, Bullock (2)*

R. Scott Reisch, Esq.
Reisch Law Firm, LLC.
1490 West 121st Avenue, Suite 202
Denver, Colorado  80234
Email:  rscottreisch@att.net
*Attorney for Defendant, Collins (3)*

Scott Jurdem, Esq.
Jurdem, LLC
820 Pearl Street, Suite H
Boulder, Colorado  80302
Email:  sj@jurdem.com
*Attorney for Defendant, Gardner (5)*

Miller M. Leonard, Esq.
Miller Leonard, P.C.
1767 Denver West Boulevard, Suite A
Golden, Colorado  80401
Email:
miller@themillerleonardlawfirm.com
*Attorney for Defendant, Johnson (6)*

Joseph Saint-Veltri, Esq.
900 Logan Street
Denver, Colorado  80203
Email:  jsvlawoffice@gmail.com
*Attorney for Defendant, Khamsahu (7)*

Dennis W. Hartley, Esq.
Dennis W. Hartley, P.C.
1749 South 8th Street, Suite 5
Colorado Springs, Colorado  80905
Email:  Julia@hartleyslaw.com
*Attorney for Defendant, Lugo (8)*

Thomas J. Hammond, Esq.
Thomas J. Hammond, P.C.
955 Bannock Street, Suite 200
Denver, Colorado  80204
Email:  hammondlaw@solucian.com
*Attorney for Defendant, Martin (9)*

Normando R. Pacheco, Esq.
2371 Locust
Denver, Colorado  80207
Email:  joannasweetpea6@aol.com
*Attorney for Defendant, Myers (10)*

-5-

| | |
|---|---|
| Charles W. Elliott, Esq.<br>The Law Office of Charles W. Elliott<br>1801 Broadway, Suite 1100<br>Denver, Colorado  80202<br>Email:  CWEMDEDME@aol.com<br>*Attorney for Defendant, Parker (11)* | Thomas D. Edstrom, Esq.<br>Eric M. Lee, Esq.<br>Douglas L. Romero, Esq.<br>Law Office of Douglas L. Romero, LLC<br>200 S. Sheridan Boulevard, Suite 150<br>Denver, Colorado  80226-8006<br>Emails:<br>timedstrom@coloradochristiandefensecounsel.com<br>ericlee@coloradochristiandefensecounsel.com<br>dougromero@coloradochristiandefensecounsel.com<br>*Attorneys for Defendant, Schrah (14)* |
| Darren R. Cantor, Esq.<br>Darren R. Cantor, P.C.<br>1127 Auraria Parkway, Suite 201-B<br>Denver, Colorado  80204<br>Email:  Darren@cantorlaw.com<br>*Attorney for Defendant, Calvin Riley (12)* | |
| Ariel Z. Benjamin, Esq.<br>Harvey A. Steinberg, Esq.<br>Springer & Steinberg, P.C.<br>1600 Broadway, Suite 1200<br>Denver, Colorado  80202-4920<br>Email:<br>abenjamin@springersteinberg.com<br>law@springersteinberg.com<br>*Attorneys for Defendant, Corey Riley (13)* | Jonathan S. Willett, Esq.<br>The Law Offices of Jonathan S. Willett<br>1331 – 17th Street, Suite 608<br>Denver, Colorado  80202<br>Email:  jwillett@willettlaw.net<br>*Attorney for Defendant, Switzer (15)*<br><br>Ronald J. Hahn, Esq.<br>Law Offices of Ronald Hahn<br>333 West Hampden Avenue, Suite 415<br>Englewood, Colorado  80110<br>Email:  rhahn3667@hotmail.com<br>*Attorney for Defendant, Wright* |

s/Julie M. Mesaros

Julie M. Mesaros, Paralegal