IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

           Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3. **GREGORY A. COLLINS,**
4. **GEORGE A. GADDY,**
5.  **DELBERT J. GARDNER,**
6.  RICHARD W. JOHNSON,
7.  SHEPS H. KHAMSAHU,
8.  **ERIC LUGO,**
9.  LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  **COREY L. RILEY,**
14.  **THOMAS A. SCHRAH, JR.,**
15.  JAMES R. SWITZER, and
16.  **CLIFFORD M. WRIGHT,**

           Defendants.

---

**GOVERNMENT'S RESPONSE TO UNOPPOSED MOTIONS FOR AN ENDS OF JUSTICE CONTINUANCE OF TRIAL, EXCLUSION OF 120 DAYS FROM SPEEDY TRIAL CALCULATIONS, AND ENLARGEMENT TIME FOR PRETRIAL MOTIONS [#182, #193, #199, #205, #209, #295]**

---

The United States of America, by the undersigned Assistant United States Attorney, respectfully responds to the unopposed motions for an ends of justice continuance of trial or an extension of motions filing deadline and the exclusion of 120 days from speedy trial

1

calculations (Motions) filed on behalf of the following defendants: Collins [#207], Gaddy [#193], Gardner [#209], Riley [#205], Schrah [#295], and Wright [#199]. Government counsel was not able to locate such a motion for defendant Lugo. Under terms of Title 18 U.S.C. § 3161(h)(6) if the Court grants the motions of defendants Collins, Gaddy, Gardner, Riley, Schrah and Wright, who effectively have asked the Court for an ends of justice continuance and enlargement of time, the Court's ruling would also be controlling as to defendant Lugo's speedy trial calculations.

1.  This case is set for a Motions Hearing Conference at 10:00 a.m. on Friday, March 16, 2012 [#311].

2.  The Government respectfully submits that the defense motions, and statements by defense counsel made to the Government when discussing the subject of an ends of justice continuance or enlargement of time in this case, effectively address elements pertinent to ruling on a request for an ends of justice continuance and the exclusion of time from speedy trial calculations under *United States v. Rivera*, 900 F.2d 1462, 1475 (10th Cir.1990)(quoting *United States v. West*, 828 F.2d 1468, 1470 (10th Cir. 1987). The Government is not in position to contradict the pertinent *West* statements of counsel indicating, inter alia: without the requested time, counsel will not be effective in representing the defendant, and the prejudice to the defendant will be great or that Counsel has not had adequate time to discuss the evidence and principles of law with the defendant. The Government understands counsel for the defense say they have acted with due diligence. The Government respectfully submits counsel must be taken at their word. Counsel for the defense are experienced, respected and capable attorneys.

3. The defense apparently is asking for a new trial date, a new pretrial motions deadline, the exclusion of 120 days from speedy trial calculation, and for such other and further relief as the Court deems just and proper. A number of pretrial motions have already been filed. It is reasonably foreseeable that motions to suppress search warrants executed in relation to this case will be filed. Perhaps the Court could establish a deadline for filing motions to suppress any search warrants, as it is common for such motions to result in evidentiary hearings.

4. The Indictment and Superseding Indictment on file show this case includes relatively unusual charges allegedly involving substantial number of persons over a sizeable period of time. The investigation involved the controlled purchase of drugs in some cases. The investigation involved use of confidential informants and consensual recordings in some cases. Seven search warrants executed in relation to the underlying investigation. Legal principles of vicarious liability which apply in conspiracy cases, according to the Government, may make the conduct of different defendants material and consequential to one another because of alleged associations and mutual, common purposes. The statutory sentencing and Sentencing Guidelines relevant offense conduct Section 1B1.3 consequences upon conviction may be substantial.

5. Under the circumstances, in light of the representations of counsel, the Government has no objection to the Court entering findings that:

Failure to grant a continuance of trial beyond the time prescribed by 18 U.S.C. § 3161(c) would likely result in a miscarriage of justice within the meaning of 18 U.S.C. § 3161(h)(7)(B)(I);

The case is so unusual, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the time limits established by and within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii);

Even considering due diligence, failure to grant the motions would deny counsel for defendants the reasonable time necessary for effective pretrial and trial preparation within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv);

The requested period of 120 days should be excluded from the computation of time for a speedy trial;

And the ends of justice served by granting the motions outweigh the best interests of the public and the defendants in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)(A).

WHEREFORE, the Government does not object to the ends of justice continuance and the exclusion of time requested by the defense. The Government respectfully suggests providing a new pretrial motions filing deadline and allowing the Government a period of three weeks from the new deadline to respond to defendants' pretrial motions.

Respectfully submitted March 14, 2012.

JOHN F. WALSH
United States Attorney

BY: s/ Guy Till
GUY TILL
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-141
FAX: (303) 454-0401
E-mail: Guy.Till@usdoj.gov
Attorney for Government

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of March, 2012, I electronically filed the foregoing **GOVERNMENT'S RESPONSE TO UNOPPOSED MOTIONS FOR AN ENDS OF JUSTICE CONTINUANCE OF TRIAL, EXCLUSION OF 120 DAYS FROM SPEEDY TRIAL CALCULATIONS, AND ENLARGEMENT TIME FOR PRETRIAL MOTIONS [#182, #193, #199, #205, #209, #295]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By: s/ Lisa Vargas
LISA VARGAS
Legal Assistant
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0406
E-mail: Lisa.Vargas@usdoj.gov