IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   **GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

      Defendants.

---

## MOTION TO SEVER

---

**COMES NOW**, the Defendant, George A. Gaddy, (hereinafter referred to as "Gaddy"), by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby requests a severance, and as grounds therefore states and alleges as follows:

1.	The Defendant has been charged in Count 31 of the Indictment (Docket #1) and the First Superseding Indictment (Docket #180) of a conspiracy to use and maintain a drug-involved premises and using and maintaining a drug-involved premises pursuant to 21 U.S.C. § 846 and 856(a)(1) and (2) and (b) and Count 32 accuses the Defendant of aiding and abetting pursuant to 18 U.S.C. § 2 in addition to using and maintaining a drug-involved premises. .

2.	Pursuant to the Court's Order of March 16, 2012 (Docket #318), Defendant's motions are due on or before April 20, 2012.

3.	Severance and joinder should be considered together. Fed.R.Crim.P. Rule 8(b) permits the joinder of Defendants. Fed.R.Crim.P. Rule 14 provides for relief from prejudicial joinder if there is prejudice to either the Defendant or the government, in which case, the Court may order separate trials of the counts, sever the Defendants' trials or provide any other relief that justice requires.

4.	*Bruton v. U.S.*, 391 U.S. 123 (1968) requires severance if one of the co-Defendant's confession implicated Gaddy and Gaddy was not given an opportunity to cross-examine that witness in a joint trial. The government has indicated its investigation continues to develop in the government's response to defense motions filed by Defendants, Collins, Lugo and Schrah (Dockets #251, 252, 282, 285, 286, 302 and 303). See Docket #330, ¶ 1, pg. 2, last sentence. The Co-Defendants and any additional co-defendants in this case have made pretrial statements implicating the Defendant. Even a limiting instruction is inadequate pursuant to *Bruton Id.* A redaction of the Co-Defendants' statements implicating Gaddy is inadequate. *Gray v. Maryland,* 523 U.S. 1995 (1998). A trial court may order separate trials if joinder will prejudice a Defendant.

Reception of evidence that would implicate Gaddy in this case if severance is not granted, will prevent the Defendant from impeaching any co-defendant as he might be able to as to any non-defendant witness.  See F.R.E. Rule 806 or even pursuant to F.R.E. Rule 807.

     5.     The government has not filed any plea agreements preventing this Defendant to ascertain if any co-defendant would fall into the category justifying severance until each co-defendant is sentenced pursuant to a plea of guilty.  Severance is within the discretion of the trial court to tailor the relief to be granted under the circumstances of this case.  *Zafiro v. U.S.,* 506 U.S. 534 (1933).

     6.     Gaddy urges this court to grant his motion for severances because there is a serious risk that a joint trial would compromise the Defendant's rights of Due Process, the confrontation clause, a fair trial and the right to have the jury make a reliable judgment about guilt or innocence.  *Id* at 538.  See also *Kotteakos v. U.S.,* 328 U.S. 750, 774-75 (1946).

     **WHEREFORE,** Defendant requests a severance, for the reasons stated.

     Respectfully submitted this 3rd day of April, 2012.

                                                           **JEFFREY R. EDELMAN, P.C.**

                                                           s/ Jeffrey R. Edelman

                                                           Jeffrey R. Edelman, # 7413
                                                           19201 East Mainstreet, Suite 203
                                                           Parker, Colorado  80134
                                                           [720] 851-8440, [720] 851-5874 [fax]
                                                           Email:  jredel@earthlink.net
                                                           Attorney for Defendant, Gaddy (4)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 3rd day of April, 2012, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Email:  guy.till@usdoj.gov

Miller M. Leonard, Esq.
Miller Leonard, P.C.
1767 Denver West Boulevard, Suite A
Golden, Colorado  80401
Email:  miller@themillerleonardlawfirm.com
*Attorney for Defendant, Johnson (6)*

Edward R. Harris, Esq.
Office of the Federal Public Defender
633 – 17th Street, Suite 1000
Denver, Colorado  80202
Email:  Edward_Harris@fd.org
*Attorney for Defendant, Askew (1)*

Joseph Saint-Veltri, Esq.
900 Logan Street
Denver, Colorado  80203
Email:  jsvlawoffice@gmail.com
*Attorney for Defendant, Khamsahu (7)*

John H. Schlie, Esq.
Law Office of John Henry Schlie, P.C.
7100 East Belleview Avenue, #G-11
Greenwood Village, Colorado  80111
Email:  johnhenry@schlielawfirm.com
*Attorney for Defendant, Bullock (2)*

Dennis W. Hartley, Esq.
Dennis W. Hartley, P.C.
1749 South 8th Street, Suite 5
Colorado Springs, Colorado  80905
Email:  Julia@hartleyslaw.com
*Attorney for Defendant, Lugo (8)*

R. Scott Reisch, Esq.
Reisch Law Firm, LLC.
1490 West 121st Avenue, Suite 202
Denver, Colorado  80234
Email:  rscottreisch@att.net
*Attorney for Defendant, Collins (3)*

Thomas J. Hammond, Esq.
Thomas J. Hammond, P.C.
955 Bannock Street, Suite 200
Denver, Colorado  80204
Email:  hammondlaw@solucian.com
*Attorney for Defendant, Martin (9)*

Scott Jurdem, Esq.
Jurdem, LLC
820 Pearl Street, Suite H
Boulder, Colorado  80302
Email:  sj@jurdem.com
*Attorney for Defendant, Gardner (5)*

Normando R. Pacheco, Esq.
2371 Locust
Denver, Colorado  80207
Email:  joannasweetpea6@aol.com
*Attorney for Defendant, Myers (10)*

-5-

Charles W. Elliott, Esq.
The Law Office of Charles W. Elliott
1801 Broadway, Suite 1100
Denver, Colorado  80202
Email:  CWEMDEDME@aol.com
*Attorney for Defendant, Parker (11)*

Darren R. Cantor, Esq.
Darren R. Cantor, P.C.
1127 Auraria Parkway, Suite 201-B
Denver, Colorado  80204
Email:  Darren@cantorlaw.com
*Attorney for Defendant, Calvin Riley (12)*

Ariel Z. Benjamin, Esq.
Harvey A. Steinberg, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, Colorado  80202-4920
Email:
abenjamin@springersteinberg.com
         law@springersteinberg.com
*Attorneys for Defendant, Corey Riley (13)*

Thomas D. Edstrom, Esq.
Eric M. Lee, Esq.
Douglas L. Romero, Esq.
Law Office of Douglas L. Romero, LLC
200 S. Sheridan Boulevard, Suite 150
Denver, Colorado  80226-8006
Emails:
timedstrom@
  coloradochristiandefensecounsel.com
ericlee@
  coloradochristiandefensecounsel.com
dougromero@
  coloradochristiandefensecounsel.com
*Attorneys for Defendant, Schrah (14)*

Jonathan S. Willett, Esq.
The Law Offices of Jonathan S. Willett
1331 – 17th Street, Suite 608
Denver, Colorado  80202
Email:  jwillett@willettlaw.net
*Attorney for Defendant, Switzer (15)*

Ronald J. Hahn, Esq.
Law Offices of Ronald Hahn
333 West Hampden Avenue, Suite 415
Englewood, Colorado  80110
Email:  rhahn3667@hotmail.com
*Attorney for Defendant, Wright*

*s/Julie M. Mesaros*

Julie M. Mesaros, Paralegal