IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. **GEORGE A. GADDY,**
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

    Defendants.

___

**DEFENDANT, GADDY'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO SUBMIT THE DEFENDANT'S F.R.E. RULE 702 DISCLOSURES**
___

**COMES NOW**, the Defendant, George M. Gaddy, by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby moves this Court for an enlargement of time in which to submit the Defendant's F.R.E. Rule 702 disclosures, and for the parties to file their joint F.R.E. Rule 702 motion, as grounds therefore, states and alleges as follows:

1. The Defendant has conferred with Guy Till, the Assistant United States Attorney and the government has no objection to an extension of time.

2. This matter is currently set for trial commencing on July 30, 2012 and a non-evidentiary motions hearing is currently scheduled for May 21, 2012.

3. On March 15, 2012, the Court set deadlines for certain phases of the trial preparation process. (See Courtroom Minutes, Docket #317) The Court ordered the government to provide its Rule 16 disclosures in compliance with F.R.E. Rule 702 to the Defendants on or before April 20, 2012. The Court also ordered that the Defendant's to provide their Rule 16 disclosures in compliance with F.R.E. Rule 702 on or before May 11, 2012 and by May 18, 2012, the parties were ordered to file a joint F.R.E. Rule 702 motion, if any.

4. On or about March 30, 2012, the government filed its unopposed Motion for Enlargement of Time (Docket #329) through and including April 13, 2012 in which to provide its Rule 16 disclosures, not including the government's routine Rule 16 disclosures, which was granted by the Court on or about April 11, 2011 (Docket #350).

5. The government filed a subsequent Motion for Enlargement of Time in which to submit Rule 16 discovery to the defense, including Rule 702 materials. (Docket #360). The government requested through and including April 27, 2012. The Court granted the government's motion on or about April 16, 2012. (Docket #362).

6. The Defendant received the identity of the government's expert witnesses with a brief summary of each expert's testimony, reports, and the experts' curriculums vitae.

7. On or about April 26, 2012, the government provided a compact disc containing approximately 157 pages of additional F.R.E. Rule 702 information, including curriculums vitae, reports and other documents concerning the laboratory and forensic testing of the controlled substances that were seized in this matter, which was received by the undersigned on or about April 30, 2012.

8. The undersigned was unable to review the additional documents received on April 30, 2012 and forward the same to the Defendant's potential expert for review until approximately May 7, 2012 due to other professional and personal responsibilities. On April 30, 2012, the undersigned participated in a reverse proffer with the government in the matter of *U.S.A. v. Nancy Castro-Motta,* US District Court, Case No. 11-cr-00033-REB; and attended a pre-trial conference in the matter of *People v. Emily J. McCartie,* Douglas County Court, Case No. 12M370 and had to prepare for and attend a hearing in a dependency and neglect proceeding in Canon City, Colorado in the matter of *Freemont County Department of Human Services v. Thomas Debias,* Freemont County District Court, Case No. 12JV57 on May 1, 2012. The undersigned was out of the State of Colorado from May 2, 2012 and did not return to the office until May 7, 2012 for a personal matter.

9. The Defendant has provided the government's Rule 16 and Rule 702 disclosures to his potential expert, Janine Arvizu to review, however, as of the preparation of the instant motion, this Defendant's motion for the appointment of the expert is pending before the Court.

10. The Defendant believes that the government's Rule 702 disclosures may not be complete pursuant to Rule 702. It appears that the documents provided are absent

-3-

any of the procedures and protocols used by the chemists as well as the chemists' bench notes, however, the undersigned is not qualified sufficiently in this area to confirm or refute the undersigned's belief.

11. The Defendant respectfully requests this Court to allow the Defendant approximately one (1) week from the appointment of Ms. Arvizu in order to comply with the Defendant's requirements pursuant to Fed.R.Crim. P. Rule 16, F.R.E. Rule 702 and this Court's prior orders.

**WHEREFORE,** the Defendant, Gaddy requests this Court grant additional time of approximately one (1) week from the order appointing the Defendant's expert in which to disclose his Rule 16 disclosures in compliance with Rule 702, and to extend the time for the parties to file a joint F.R.E. Rule 702 motion, for the reasons stated.

Respectfully submitted this 10th day of May, 2012.

**JEFFREY R. EDELMAN, P.C.**

s/ Jeffrey R. Edelman

_____

Jeffrey R. Edelman, # 7413
19201 East Mainstreet, Suite 203
Parker, Colorado  80134
[720] 851-8440
[720] 851-5874 [fax]
Email:  jredel@earthlink.net
*Attorney for Defendant, Gaddy (4)*

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 10th day of May, 2012, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Email:  guy.till@usdoj.gov

Edward R. Harris, Esq.
Office of the Federal Public Defender
633 – 17th Street, Suite 1000
Denver, Colorado  80202
Email:  Edward_Harris@fd.org
*Attorney for Defendant, Askew (1)*

John H. Schlie, Esq.
Law Office of John Henry Schlie, P.C.
7100 East Belleview Avenue, #G-11
Greenwood Village, Colorado  80111
Email:  johnhenry@schlielawfirm.com
*Attorney for Defendant, Bullock (2)*

R. Scott Reisch, Esq.
Reisch Law Firm, LLC.
1490 West 121st Avenue, Suite 202
Denver, Colorado  80234
Email:  rscottreisch@att.net
*Attorney for Defendant, Collins (3)*

Scott Jurdem, Esq.
Jurdem, LLC
820 Pearl Street, Suite H
Boulder, Colorado  80302
Email:  sj@jurdem.com
*Attorney for Defendant, Gardner (5)*

Miller M. Leonard, Esq.
Miller Leonard, P.C.
1767 Denver West Boulevard, Suite A
Golden, Colorado  80401
Email:
miller@themillerleonardlawfirm.com
*Attorney for Defendant, Johnson (6)*

Joseph Saint-Veltri, Esq.
900 Logan Street
Denver, Colorado  80203
Email:  jsvlawoffice@gmail.com
*Attorney for Defendant, Khamsahu (7)*

Dennis W. Hartley, Esq.
Dennis W. Hartley, P.C.
1749 South 8th Street, Suite 5
Colorado Springs, Colorado  80905
Email:  Julia@hartleyslaw.com
*Attorney for Defendant, Lugo (8)*

Thomas J. Hammond, Esq.
Thomas J. Hammond, P.C.
955 Bannock Street, Suite 200
Denver, Colorado  80204
Email:  hammondlaw@solucian.com
*Attorney for Defendant, Martin (9)*

Normando R. Pacheco, Esq.
2371 Locust
Denver, Colorado  80207
Email:  joannasweetpea6@aol.com
*Attorney for Defendant, Myers (10)*

Charles W. Elliott, Esq.
The Law Office of Charles W. Elliott
1801 Broadway, Suite 1100
Denver, Colorado  80202
Email:  CWEMDEDME@aol.com
*Attorney for Defendant, Parker (11)*

Darren R. Cantor, Esq.
Darren R. Cantor, P.C.
1127 Auraria Parkway, Suite 201-B
Denver, Colorado  80204
Email:  Darren@cantorlaw.com
*Attorney for Defendant, Calvin Riley (12)*

Ariel Z. Benjamin, Esq.
Harvey A. Steinberg, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, Colorado  80202-4920
Email:
abenjamin@springersteinberg.com
        law@springersteinberg.com
*Attorneys for Defendant, Corey Riley (13)*

Thomas D. Edstrom, Esq.
Eric M. Lee, Esq.
Douglas L. Romero, Esq.
Law Office of Douglas L. Romero, LLC
200 S. Sheridan Boulevard, Suite 150
Denver, Colorado  80226-8006
Emails:
timedstrom@
  coloradochristiandefensecounsel.com
ericlee@
  coloradochristiandefensecounsel.com
dougromero@
  coloradochristiandefensecounsel.com
*Attorneys for Defendant, Schrah (14)*

Jonathan S. Willett, Esq.
The Law Offices of Jonathan S. Willett
1331 – 17th Street, Suite 608
Denver, Colorado  80202
Email:  jwillett@willettlaw.net
*Attorney for Defendant, Switzer (15)*

Ronald J. Hahn, Esq.
Law Offices of Ronald Hahn
333 West Hampden Avenue, Suite 415
Englewood, Colorado  80110
Email:  rhahn3667@hotmail.com
*Attorney for Defendant, Wright*

s/Julie M. Mesaros

Julie M. Mesaros, Paralegal