IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   **GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

    Defendants.

___

### DEFENDANT, GADDY'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO SUBMIT THE DEFENDANT'S F.R.E. RULE 702 DISCLOSURES
___

**COMES NOW**, the Defendant, George M. Gaddy, by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby moves this Court for an enlargement of time in which to submit the Defendant's F.R.E. Rule 702 disclosures, and for the parties to file their joint F.R.E. Rule 702 motion, as grounds therefore, states and alleges as follows:

-2-

1. The Defendant has conferred with Guy Till, the Assistant United States Attorney and the government has no objection to an extension of time.

2. The Defendant's Rule 16 disclosures in compliance with F.R.E. Rule 702 were due on or before May 11, 2012.

3. On or about May 10, 2012, the Defendant filed his Motion for Extension of Time in Which to Submit the Defendant's F.R.E. Rule 702 ("702") Disclosures (Docket #423) on the basis that the Defendant's expert, Janine Arvizu had yet been appointed in this case. The Defendant had requested an extension of time of one (1) week from the appointment of Ms. Arvizu in which to submit his 702 disclosures

4. On or about May 25, 2012, the Defendant received notice of Ms. Arvizu's appointment (Docket #450) and therefore, according to the undersigned's calculations, the Defendant's 702 disclosures are due on June 1, 2012.

5. Due to the press of other professional responsibilities in approximately 10 cases at the time Ms. Arvizu received her appointment on or about May 25, 2012, Ms. Arvizu has been unable to review the government's 702 disclosures and prepare her report in order for the Defendant to submit his 702 disclosures.

6. The Defendant respectfully requests this Court for an extension of time through and including June 4, 2012 in order to comply with the Defendant's requirements pursuant to Fed.R.Crim. P. Rule 16, F.R.E. Rule 702 and this Court's prior orders.

**WHEREFORE,** the Defendant, Gaddy requests this Court grant additional time through and including June 4, 2012 in which to disclose his Rule 16 disclosures in compliance with Rule 702, for the reasons stated.

-3-

Respectfully submitted this 1st day of June, 2012.

                                  **JEFFREY R. EDELMAN, P.C.**

                                  s/ Jeffrey R. Edelman
                                  _____
                                  Jeffrey R. Edelman, # 7413
                                  19201 East Mainstreet, Suite 203
                                  Parker, Colorado  80134
                                  [720] 851-8440
                                  [720] 851-5874 [fax]
                                  Email:  jredel@earthlink.net
                                  *Attorney for Defendant, Gaddy (4)*

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 1st day of June, 2012, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Email:  guy.till@usdoj.gov

Edward R. Harris, Esq.
Office of the Federal Public Defender
633 – 17th Street, Suite 1000
Denver, Colorado  80202
Email:  Edward_Harris@fd.org
*Attorney for Defendant, Askew (1)*

John H. Schlie, Esq.
Law Office of John Henry Schlie, P.C.
7100 East Belleview Avenue, #G-11
Greenwood Village, Colorado  80111
Email:  johnhenry@schlielawfirm.com
*Attorney for Defendant, Bullock (2)*

R. Scott Reisch, Esq.
Reisch Law Firm, LLC.
1490 West 121st Avenue, Suite 202
Denver, Colorado  80234
Email:  rscottreisch@att.net
*Attorney for Defendant, Collins (3)*

Scott Jurdem, Esq.
Jurdem, LLC
820 Pearl Street, Suite H
Boulder, Colorado  80302
Email:  sj@jurdem.com
*Attorney for Defendant, Gardner (5)*

Miller M. Leonard, Esq.
Miller Leonard, P.C.
1767 Denver West Boulevard, Suite A
Golden, Colorado  80401
Email:  miller@themillerleonardlawfirm.com
*Attorney for Defendant, Johnson (6)*

Joseph Saint-Veltri, Esq.
900 Logan Street
Denver, Colorado  80203
Email:  jsvlawoffice@gmail.com
*Attorney for Defendant, Khamsahu (7)*

Dennis W. Hartley, Esq.
Dennis W. Hartley, P.C.
1749 South 8th Street, Suite 5
Colorado Springs, Colorado  80905
Email:  Julia@hartleyslaw.com
*Attorney for Defendant, Lugo (8)*

Thomas J. Hammond, Esq.
Thomas J. Hammond, P.C.
955 Bannock Street, Suite 200
Denver, Colorado  80204
Email:  hammondlaw@solucian.com
*Attorney for Defendant, Martin (9)*

Normando R. Pacheco, Esq.
2371 Locust
Denver, Colorado  80207
Email:  joannasweetpea6@aol.com
*Attorney for Defendant, Myers (10)*

-5-

Charles W. Elliott, Esq.
The Law Office of Charles W. Elliott
1801 Broadway, Suite 1100
Denver, Colorado 80202
Email: CWEMDEDME@aol.com
*Attorney for Defendant, Parker (11)*

Darren R. Cantor, Esq.
Darren R. Cantor, P.C.
1127 Auraria Parkway, Suite 201-B
Denver, Colorado 80204
Email: Darren@cantorlaw.com
*Attorney for Defendant, Calvin Riley (12)*

Ariel Z. Benjamin, Esq.
Harvey A. Steinberg, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, Colorado 80202-4920
Email:
abenjamin@springersteinberg.com
  law@springersteinberg.com
*Attorneys for Defendant, Corey Riley (13)*

Thomas D. Edstrom, Esq.
Eric M. Lee, Esq.
Douglas L. Romero, Esq.
Law Office of Douglas L. Romero, LLC
200 S. Sheridan Boulevard, Suite 150
Denver, Colorado 80226-8006
Emails:
timedstrom@
  coloradochristiandefensecounsel.com
ericlee@
  coloradochristiandefensecounsel.com
dougromero@
  coloradochristiandefensecounsel.com
*Attorneys for Defendant, Schrah (14)*

Jonathan S. Willett, Esq.
The Law Offices of Jonathan S. Willett
1331 – 17th Street, Suite 608
Denver, Colorado 80202
Email: jwillett@willettlaw.net
*Attorney for Defendant, Switzer (15)*

Ronald J. Hahn, Esq.
Law Offices of Ronald Hahn
333 West Hampden Avenue, Suite 415
Englewood, Colorado 80110
Email: rhahn3667@hotmail.com
*Attorney for Defendant, Wright*

s/Julie M. Mesaros

Julie M. Mesaros, Paralegal