IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    GEORGE H. ASKEW,
2.    ROMELL E. BULLOCK,
3.    GREGORY A. COLLINS,
**4.**    **GEORGE A. GADDY,**
5.    DELBERT J. GARDNER,
6.    RICHARD W. JOHNSON,
7.    SHEPS H. KHAMSAHU,
8.    ERIC LUGO,
9.    LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

      Defendants.

___

**DEFENDANT, GADDY'S F.R.E. RULE 702 SUMMARY DISCLOSURE PURSUANT TO COURT'S ORDER OF MARCH 15, 2012 (DOCKET #317)**
___

**COMES NOW**, the Defendant, George M. Gaddy, by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby submits his F.R.E. Rule 702 disclosure pursuant to the Court's Order of March 15, 2012 (Docket #317), and as grounds therefore, states and alleges as follows:

1. The Defendant's Rule 16 disclosures in compliance with F.R.E. Rule 702 were due on or before May 11, 2012. The Defendant filed his Motion for Extension of Time in Which to Submit the Defendant's F.R.E. Rule 702 ("702") Disclosures (Docket #423) on or about May 10, 2012, which was granted by the Court on or about May 11, 2012 (Docket #427) permitting the Defendant an extension of time of one (1) week from the appointment of the Defendant's expert, Janine Arvizu.

2. On or about May 25, 2012, the Defendant received notice of Ms. Arvizu's appointment (Docket #450) and therefore, according to the undersigned's calculations, the Defendant's 702 disclosures are due on June 1, 2012.

3. The Defendant filed a second Motion for Extension of Time in which to submit his 702 disclosures on or about June 1, 2012 (Docket #459) requesting through and including June 4, 2012 due to Ms. Arvizu's press of other professional responsibilities in approximately 10 cases. This Motion (Docket #459) is currently pending.

4. Attached hereto as Exhibit "A" is Defendant, Gaddy's Rule 702 disclosure, specifically Janine Arvizu's report dated June 4, 2012.

Respectfully submitted this 4th day of June, 2012.

**JEFFREY R. EDELMAN, P.C.**

s/ Jeffrey R. Edelman
_____
Jeffrey R. Edelman, # 7413
19201 East Mainstreet, Suite 203
Parker, Colorado  80134
[720] 851-8440
[720] 851-5874 [fax]
Email:  jredel@earthlink.net
*Attorney for Defendant, Gaddy (4)*

**CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 4th day of June, 2012, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Email:  guy.till@usdoj.gov

Miller M. Leonard, Esq.
Miller Leonard, P.C.
1767 Denver West Boulevard, Suite A
Golden, Colorado  80401
Email:
miller@themillerleonardlawfirm.com
*Attorney for Defendant, Johnson (6)*

Edward R. Harris, Esq.
Office of the Federal Public Defender
633 – 17th Street, Suite 1000
Denver, Colorado  80202
Email:  Edward_Harris@fd.org
*Attorney for Defendant, Askew (1)*

Joseph Saint-Veltri, Esq.
900 Logan Street
Denver, Colorado  80203
Email:  jsvlawoffice@gmail.com
*Attorney for Defendant, Khamsahu (7)*

John H. Schlie, Esq.
Law Office of John Henry Schlie, P.C.
7100 East Belleview Avenue, #G-11
Greenwood Village, Colorado  80111
Email:  johnhenry@schlielawfirm.com
*Attorney for Defendant, Bullock (2)*

Dennis W. Hartley, Esq.
Dennis W. Hartley, P.C.
1749 South 8th Street, Suite 5
Colorado Springs, Colorado  80905
Email:  Julia@hartleyslaw.com
*Attorney for Defendant, Lugo (8)*

R. Scott Reisch, Esq.
Reisch Law Firm, LLC.
1490 West 121st Avenue, Suite 202
Denver, Colorado  80234
Email:  rscottreisch@att.net
*Attorney for Defendant, Collins (3)*

Thomas J. Hammond, Esq.
Thomas J. Hammond, P.C.
955 Bannock Street, Suite 200
Denver, Colorado  80204
Email:  hammondlaw@solucian.com
*Attorney for Defendant, Martin (9)*

Scott Jurdem, Esq.
Jurdem, LLC
820 Pearl Street, Suite H
Boulder, Colorado  80302
Email:  sj@jurdem.com
*Attorney for Defendant, Gardner (5)*

Normando R. Pacheco, Esq.
2371 Locust
Denver, Colorado  80207
Email:  joannasweetpea6@aol.com
*Attorney for Defendant, Myers (10)*

Charles W. Elliott, Esq.
The Law Office of Charles W. Elliott
1801 Broadway, Suite 1100
Denver, Colorado  80202
Email:  CWEMDEDME@aol.com
*Attorney for Defendant, Parker (11)*

Darren R. Cantor, Esq.
Darren R. Cantor, P.C.
1127 Auraria Parkway, Suite 201-B
Denver, Colorado  80204
Email:  Darren@cantorlaw.com
*Attorney for Defendant, Calvin Riley (12)*

Ariel Z. Benjamin, Esq.
Harvey A. Steinberg, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, Colorado  80202-4920
Email:
abenjamin@springersteinberg.com
   law@springersteinberg.com
*Attorneys for Defendant, Corey Riley (13)*

Thomas D. Edstrom, Esq.
Eric M. Lee, Esq.
Douglas L. Romero, Esq.
Law Office of Douglas L. Romero, LLC
200 S. Sheridan Boulevard, Suite 150
Denver, Colorado  80226-8006
Emails:
timedstrom@
  coloradochristiandefensecounsel.com
ericlee@
  coloradochristiandefensecounsel.com
dougromero@
  coloradochristiandefensecounsel.com
*Attorneys for Defendant, Schrah (14)*

Jonathan S. Willett, Esq.
The Law Offices of Jonathan S. Willett
1331 – 17th Street, Suite 608
Denver, Colorado  80202
Email:  jwillett@willettlaw.net
*Attorney for Defendant, Switzer (15)*

Ronald J. Hahn, Esq.
Law Offices of Ronald Hahn
333 West Hampden Avenue, Suite 415
Englewood, Colorado  80110
Email:  rhahn3667@hotmail.com
*Attorney for Defendant, Wright*

s/Julie M. Mesaros

Julie M. Mesaros, Paralegal