IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   **GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

      Defendants.

---

## DEFENDANT, GADDY'S OBJECTION TO THE GOVERNMENT'S F.R.E. RULE 702 SUBMISSION AS TO THE ANALYSIS OF CONTROLLED SUBSTANCES (DOCKET #437)

---

**COMES NOW**, the Defendant, George M. Gaddy, by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby files his objection to the Government's Rule 702 Summary Disclosure of the

analysis of the controlled substances (Docket #437), and as grounds therefore, states and alleges as follows:

1. The government filed its F.R.E. Rule 702 submission on or about May 18, 2012 (Docket #437).

2. The Defendant had filed his motion for extension of time in which to submit his Rule 702 disclosures (Dockets #423), which was granted without comment or modification to the Defendant's request by the Court on or about May 10, 2012 (Docket #427) permitting the Defendant an extension of time of approximately one (1) week from the appointment of the Defendant's expert, Janine Arvizu.

3. On or about May 25, 2012, the Defendant received notice of Ms. Arvizu's appointment (Docket #450) and therefore, according to the undersigned's calculations, the Defendant's 702 disclosures were due approximately on June 1, 2012.

4. In an abundance of caution, the Defendant filed a second Motion for Extension of Time in which to submit his 702 disclosures on or about June 1, 2012 (Docket #459) requesting through and including June 4, 2012 due to Ms. Arvizu's press of other professional responsibilities in approximately 10 cases. This Motion (Docket #459) is currently pending.

5. While the Defendant requested additional time in which to submit the joint motion pursuant to F.R.E. Rule 702, it is uncertain as to when the joint motion is due.

6. The Defendant received his expert, Janine Arvizu's report today, which was filed with the Court on June 4, 2012 (Docket # 463).

7. In order to preserve the Defendant's request for an F.R.E. Rule 702 hearing, the Defendant hereby files his objection as to the government's 702 disclosures

-3-

pursuant to the criteria set forth in F.R.E. Rule 702 and this Court's procedures for Rule 702 motions and hearing. Defendant requests a hearing in order to determine the admissibility of the government's proffered opinions of the four (4) disclosed chemists.

8. The Defendant will continue his discussions with the government and counsel for the remaining Co-Defendants in order to submit a joint 702 motion.

**WHEREFORE,** the Defendant hereby objects to the government's F.R.E. Rule 702 disclosures (Docket #437) and requests a hearing pursuant to F.R.E. Rule 702 pursuant to this Court's procedures for F.R.E. Rule 702 hearings, for the reasons stated.

Respectfully submitted this 4th day of June, 2012.

        **JEFFREY R. EDELMAN, P.C.**

        s/ Jeffrey R. Edelman

        Jeffrey R. Edelman, # 7413
        19201 East Mainstreet, Suite 203
        Parker, Colorado 80134
        [720] 851-8440
        [720] 851-5874 [fax]
        Email: jredel@earthlink.net
        *Attorney for Defendant, Gaddy (4)*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 4th day of June, 2012, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Email:  guy.till@usdoj.gov

Ariel Z. Benjamin, Esq.
Harvey A. Steinberg, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202-4920
Email:  abenjamin@springersteinberg.com
          law@springersteinberg.com
*Attorney for Defendant, Corey L. Riley (13)*

Darren R. Cantor, Esq.
Darren R. Cantor, P.C.
1127 Auraria Parkway, Suite 201-B
Denver, CO 80204
Email:  darren@cantorlaw.net
*Attorney for Defendant, Calvin R. Riley (12)*

Timothy D. Edstrom, Esq.
Law Office of Douglas L. Romero
200 South Sheridan Boulevard, Suite 150
Denver, CO 80226-8006
Email:  timedstrom@coloradochristiandefensecounsel.com
*Attorney for Defendant, Thomas A. Schrah, Jr. (14)*

Charles W. Elliott, Esq.
Law Offices of Charles W. Elliott
1801 Broadway, Suite 1100
Denver, Colorado  80202
Email:  Cwemdedme@aol.com
*Attorney for Defendant, Darrell R. Parker (11)*

Ronald J. Hahn, Esq.
Law Offices of Ronald Hahn
333 West Hampden Avenue, Suite 415
Englewood, Colorado  80110
Email:  rhahn3677@hotmail.com
*Attorney for Defendant, Clifford M. Wright (16)*

Edward R. Harris, Esq.
Office of the Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO 80202
Email:  Edward_Harris@fd.org
*Attorney for Defendant, George H. Askew (1)*

Dennis W. Hartley, Esq.
Dennis W. Hartley, P.C.
1749 South Eighth Street, Suite #5
Colorado Springs, CO 80905
Email:  Julia@hartleyslaw.com
*Attorney for Defendant, Eric Lugo (8)*

Scott Jurdem, Esq.
Jurdem, LLC.
820 Pearl Street, Suite H
Boulder, Colorado  80302
Email:  sj@jurdem.com
*Attorney for Defendant, Delbert J. Gardner (5)*

Eric M. Lee, Esq.
Douglas L. Romero, Esq.
Law Office of Douglas L. Romero, LLC
200 South Sheridan Boulevard, Suite 150
Denver, CO 80226-8006
Email:  ericlee@coloradochristiandefensecounsel.com
          dougromero@coloradochristiandefensecounsel.com
*Attorney for Defendant, Thomas A. Schrah, Jr. (14)*

Miller M. Leonard, Esq.
Miller Leonard, P.C
1767 Denver West Boulevard, Suite A
Golden, CO 80401
Email:  miller@themillerleonardlawfirm.com
*Attorney for Defendant, Richard W. Johnson (6)*

Normando R. Pacheco, Esq.
2371 Locust
Denver, CO 80207
Email:  joannasweetpea6@aol.com
*Attorney for Defendant, Johnie A. Myers (10)*

R. Scott Reisch, Esq.
Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Email:  rscottreisch@att.net
*Attorney for Defendant, Gregory A. Collins (3)*

John H. Schlie, Esq.
Law Office of John Henry Schlie
7100 East Belleview Avenue, Suite G-11
Greenwood Village, CO 80111
Email:  johnhenry@schlielawfirm.com
*Attorney for Defendant, Romell E. Bullock (2)*

Jonathan S. Willett, Esq.
The Law Offices of Jonathan S. Willett
1331 17th Street, Suite 608
Denver, CO 80202
Email:  jwillett@willettlaw.net
*Attorney for Defendant, James R. Switzer (15)*

                s/Julie M. Mesaros

                Julie M. Mesaros, Paralegal