DEFENDANT 3:     GREGORY A. COLLINS

YEAR OF BIRTH:     1954, 1958

ADDRESS:     Denver, Colorado

COMPLAINT FILED:  ____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  ____ YES   __X__ NO


OFFENSE:

**COUNT ONE**:  Title 21, United States Code, Section 856(a)(1) and (2) and (b), and Title 18, United States Code, Section 2 - Using and Maintaining Drug-Involved Premises and intentionally did aid and abet the same.

**COUNT TWO**:  Title 21, United States Code, Section 856(a)(1) and (2) and (b), and Title 21, United States Code, Section 846 - Conspiracy to Use and Maintain Drug-Involved Premises.

**COUNT THREE**:  Title 18, United States Code, Section 924(c) - Possession of Firearm in Furtherance of Controlled Substances Act Felony Offense.

**COUNT SIX**:  Title 18, United States Code, Sections 371 and 922(g)(1) and (3) - Conspiracy for Prohibited Person to Possess Firearm and Ammunition.

**COUNT SEVEN**:  Title 18, United States Code, Section 924(o)- Conspiracy to Possess a Firearm During and In Relation to a Controlled Substances Act Felony Offense.

**COUNT NINE**:  Title 18, United States Code, Sections 4 and 371- Conspiracy to Commit Misprision of Felony.


LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

**COUNT ONE**:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT TWO**:  :  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT THREE**:  NLT 5 years imprisonment, consecutive to any other sentence, NMT Life; a fine of NMT $250,00.00, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT SIX**:  NMT 5 years imprisonment; NMT $250,000 fine, or both, NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT SEVEN**:  NMT 20 years imprisonment; a fine of NMT $250,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT NINE**:  NMT 5 years imprisonment; a fine of NMT $250,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**NOTICE OF FORFEITURE**

AGENT:       Special Agent Jason Cole
             Alcohol Tobacco and Firearms

AUTHORIZED BY:  Guy Till
                Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other

THE GOVERNMENT

__X__ will seek detention in this case     _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

2

OCDETF CASE:      X       Yes  _____ No

3