DEFENDANT 4:     GEORGE A. GADDY

YEAR OF BIRTH:   1945

ADDRESS:         Denver, Colorado

COMPLAINT FILED: ____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? ____ YES   __X__ NO


**COUNT ONE**: Title 21, United States Code, Section 856(a)(1) and (2) and (b), and Title 18, United States Code, Section 2 - Using and Maintaining Drug-Involved Premises and intentionally did aid and abet the same.

**COUNT TWO**: Title 21, United States Code, Section 856(a)(1) and (2) and (b), and Title 21, United States Code, Section 846 - Conspiracy to Use and Maintain Drug-Involved Premises.

**COUNT THREE**: Title 18, United States Code, Section 924(c) - Possession of Firearm in Furtherance of Controlled Substances Act Felony Offense.

**COUNT FOUR**: Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) - Prohibited Person in Possession of Firearm.

**COUNT FIVE**: Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2 - Prohibited Person in Possession of Firearm and intentionally did aid and abet the same.

**COUNT SIX**: Title 18, United States Code, Sections 371 and 922(g)(1) and (3) - Conspiracy for Prohibited Person to Possess Firearm and Ammunition.

**COUNT SEVEN**: Title 18, United States Code, Section 924(o) - Conspiracy to Possess a Firearm During and In Relation to a Controlled Substances Act Felony Offense.

**COUNT NINE**: Title 18, United States Code, Sections 4 and 371 - Conspiracy to Commit Misprision of Felony.

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

**COUNT ONE**:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT TWO**:  :  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT THREE**:  NLT 5 years imprisonment, consecutive to any other sentence, NMT Life; a fine of NMT $250,00.00, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT FOUR**  NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT FIVE** NMT 10 years imprisonment; a fine of NMT $250,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT SIX**:  NMT 5 years imprisonment; NMT $250,000 fine, or both, NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT SEVEN**:  NMT 20 years imprisonment; a fine of NMT $250,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT NINE**:  NMT 5 years imprisonment; a fine of NMT $250,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**NOTICE OF FORFEITURE**

AGENT:      Special Agent Jason Cole
            Alcohol Tobacco and Firearms

AUTHORIZED BY:   Guy Till
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other

2

<u>THE GOVERNMENT</u>

  X    will seek detention in this case         will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:        X           Yes          No