<u>DEFENDANT 13</u>:      COREY L. RILEY

<u>YEAR OF BIRTH</u>:    1969

<u>ADDRESS</u>:         Denver, Colorado

<u>COMPLAINT FILED</u>:  ___ YES   _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   ___ YES   _X_ NO

<u>OFFENSE</u>:

**COUNT ONE**:  Title 21, United States Code, Section 856(a)(1) and (2) and (b), and Title 18, United States Code, Section 2 - Using and Maintaining Drug-Involved Premises and intentionally did aid and abet the same.

**COUNT TWO**:  Title 21, United States Code, Section 856(a)(1) and (2) and (b), and Title 21, United States Code, Section 846 - Conspiracy to Use and Maintain Drug-Involved Premises.

**COUNT THREE**:  Title 18, United States Code, Section 924(c) - Possession of Firearm in Furtherance of Controlled Substances Act Felony Offense.

**COUNT SIX**:  Title 18, United States Code, Sections 371 and 922(g)(1) and (3) - Conspiracy for Prohibited Person to Possess Firearm and Ammunition.

**COUNT SEVEN**:  Title 18, United States Code, Section 924(o ) - Conspiracy to Possess a Firearm During and In Relation to a Controlled Substances Act Felony Offense.

**COUNT NINE**:  Title 18, United States Code, Sections 4 and 371 - Conspiracy to Commit Misprision of Felony.

**COUNT ELEVEN**: Title 21, United States Code, Section 856(a)(1) and (2) and (b) - Maintaining Drug-Involved Premises.

**COUNTS TWELVE, THIRTEEN, FOURTEEN , FIFTEEN, SIXTEEN, SEVENTEEN, EIGHTEEN, NINTEEN, TWENTY, TWENTY-ONE AND TWENTY-THREE:** Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) - Possession with Intent to Distribute Cocaine.

**COUNT TWENTY-TWO:** Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2 - Possession with Intent to Distribute Cocaine and intentionally did aid and abet the same.

**COUNT TWENTY-FOUR**: Title 21, United States Code, Section 841(a)(1) and (b)(1)(D) -

Possession with Intent to Distribute Marijuana and intentionally did aid and abet the same.

**COUNT TWENTY-FIVE**:  Title 18, United States Code, Section 924(c) - Possessing Firearm in Furtherance of Drug Trafficking Felony Offense.

**COUNT TWENTY-SIX**:  Title 21 United States Code, Sections 841(a)(1) and (b)(1)(B), Title18 United States Code, Section 2 - Possession with Intent to Distribute More than 500 grams of Cocaine and intentionally did aid and abet the same.

**COUNT TWENTY-SEVEN**:  Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A) - Conspiracy to Distribute more than 5 Kilograms of Cocaine.

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

**COUNT ONE**:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT TWO**:  :  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT THREE**:  NLT 5 years imprisonment, consecutive to any other sentence, NMT Life; a fine of NMT $250,00.00, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT SIX**:  NMT 5 years imprisonment; NMT $250,000 fine, or both, NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT SEVEN**:  NMT 20 years imprisonment; a fine of NMT $250,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment
fee.

**COUNT NINE**:  NMT 5 years imprisonment; a fine of NMT $250,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT ELEVEN**:  NMT 20 years imprisonment; a fine of NMT $500,000.00, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNTS TWELVE, THIRTEEN, FOURTEEN , FIFTEEN, SIXTEEN, SEVENTEEN, EIGHTEEN, NINTEEN, TWENTY, TWENTY-ONE AND TWENTY-THREE:** NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee (per count).

**COUNT TWENTY-TWO:** NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT TWENTY-FOUR:** NMT 5 years imprisonment; a fine of NMT $250,000, or both; NLT 2 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT TWENTY-FIVE:** NLT 5 years imprisonment consecutive to any other sentence, NMT Life; a fine of NMT $250,000.00, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT TWENTY-SIX**: NLT 5 years, NMT 40 years imprisonment, $2 million fine, or both; NLT 4 years supervised release, $100.00 special assessment fee.

**COUNT TWENTY-SEVEN**: NLT 10 years, NMT life imprisonment; a fine of NMT $10,000,000.00, or both; NLT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

## NOTICE OF FORFEITURE

AGENT:     Special Agent Jason Cole
           Alcohol Tobacco and Firearms

AUTHORIZED BY:   Guy Till
                 Assistant U.S. Attorney


ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other


THE GOVERNMENT

__X__ will seek detention in this case     _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:      __X__     Yes    _____ No

3