DEFENDANT 14:    THOMAS A. SCHRAH, JR.

YEAR OF BIRTH:    1948

ADDRESS:    Denver, Colorado

COMPLAINT FILED:    ___ YES    _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    ___ YES    _X_ NO


**COUNT ONE**:  Title 21, United States Code, Section 856(a)(1) and (2) and (b), and Title 18, United States Code, Section 2 - Using and Maintaining Drug-Involved Premises and intentionally did aid and abet the same.

**COUNT TWO**:  Title 21, United States Code, Section 856(a)(1) and (2) and (b), and Title 21, United States Code, Section 846 - Conspiracy to Use and Maintain Drug-Involved Premises

**COUNT THREE**:  Title 18, United States Code, Section 924(c) - Possession of Firearm in Furtherance of Controlled Substances Act Felony Offense.

**COUNT SIX**:  Title 18, United States Code, Sections 371 and 922(g)(1) and (3)- Conspiracy for Prohibited Person to Possess Firearm and Ammunition.

**COUNT SEVEN**:  Title 18, United States Code, Section 924(o)- Conspiracy to Possess a Firearm During and In Relation to a Controlled Substances Act Felony Offense.

**COUNT EIGHT**:  Title 18, United States Code, Section 4 - Misprision of Felony.

**COUNT NINE**:  Title 18, United States Code, Sections 4 and 371- Conspiracy to Commit Misprision of Felony.

**COUNT TEN**:  Title 21, United States Code, Section 841(a)(1) and (b)(1)(D)- Possession with Intent to Distribute Marijuana and intentionally did aid and abet the same.

LOCATION OF OFFENSE:  Denver County, Colorado
(COUNTY/CITY/STATE)

PENALTY:

**COUNT ONE**:  NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.
**COUNT TWO**:  : NMT 20 years imprisonment; a fine of NMT $500,000, or both; NMT 3

years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT THREE**:  NLT 5 years imprisonment, consecutive to any other sentence, NMT Life; a fine of NMT $250,00.00, or both; NMT 5 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT SIX**:  NMT 5 years imprisonment; NMT $250,000 fine, or both, NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT SEVEN**:  NMT 20 years imprisonment; a fine of NMT $250,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT EIGHT:** NMT 3 years imprisonment; a fine of NMT $250,000, or both; NMT 1 year supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT NINE**:  NMT 5 years imprisonment; a fine of NMT $250,000, or both; NMT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT TEN:** NMT 5 years imprisonment; a fine of NMT $250,000, or both; NLT 2 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

### NOTICE OF FORFEITURE

AGENT:       Special Agent Jason Cole
             Alcohol Tobacco and Firearms

AUTHORIZED BY:   Guy Till
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     __X__ over five days     _____ other

THE GOVERNMENT

__X__ will seek detention in this case     _____ will **not** seek detention in this case


The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:       __X__       Yes       _____ No

2