IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   **GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

    Defendants.

___

**DEFENDANT, GADDY'S MOTION TO WAIVE PRESENCE FOR RE-ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT (Docket #469)**
___

**COMES NOW**, the Defendant, George M. Gaddy, by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby requests this Court to permit him to waive his presence for re-arraignment scheduled for June 12, 2012, at 11:00 a.m., and as grounds therefore, states and alleges as follows:

1. The Second Superseding Indictment (Docket #469) was filed on or about June 5, 2012.

2. As a result of the filing of the Second Superseding Indictment, a re-arraignment hearing was scheduled for June 12, 2012 at 11:00 a.m. before Magistrate Kristen L. Mix. (Docket #470).

3. The Defendant is named in the Second Superseding Indictment and charged in eight (8) counts, two of which are the same as in the original and superseding indictments.

4. Fed.R.Crim.P. Rule 10(b) states:

> "A Defendant need not be present for the arraignment if:
> 
> 1. the defendant has been charged by indictment or misdemeanor information;
> 2. the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and
> 3. the court accepts the waiver."

5. Defendant, Gaddy has been charged in the second superseding indictment and attached hereto is a waiver signed by both Mr. Gaddy and undersigned counsel, which expressly waives his appearance and affirms that Mr. Gaddy has received a copy of the Second Superseding Indictment and that the plea as to the Second Superseding Indictment continues to be not guilty.

6. The government is not seeking a modification of the conditions of the Defendant's pre-trial release.

-3-

**WHEREFORE,** the Defendant, Gaddy hereby requests that this Court issue an Order granting the Defendant's Waiver of Appearance and excusing him from the Re-Arraignment Hearing on June 12, 2012 at 11:00 a.m., for the reasons stated.

Respectfully submitted this 8th day of June 2012.

                                               **JEFFREY R. EDELMAN, P.C.**

                                               s/ Jeffrey R. Edelman
                                               _____
                                               Jeffrey R. Edelman, # 7413
                                               19201 East Mainstreet, Suite 203
                                               Parker, Colorado  80134
                                               [720] 851-8440
                                               [720] 851-5874 [fax]
                                               Email:  jredel@earthlink.net
                                               *Attorney for Defendant, Gaddy (4)*

**CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 8th day of June, 2012, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado 80202
Email: guy.till@usdoj.gov

Miller M. Leonard, Esq.
Miller Leonard, P.C.
1767 Denver West Boulevard, Suite A
Golden, Colorado 80401
Email: miller@themillerleonardlawfirm.com
*Attorney for Defendant, Johnson (6)*

Edward R. Harris, Esq.
Office of the Federal Public Defender
633 – 17th Street, Suite 1000
Denver, Colorado 80202
Email: Edward_Harris@fd.org
*Attorney for Defendant, Askew (1)*

Joseph Saint-Veltri, Esq.
900 Logan Street
Denver, Colorado 80203
Email: jsvlawoffice@gmail.com
*Attorney for Defendant, Khamsahu (7)*

John H. Schlie, Esq.
Law Office of John Henry Schlie, P.C.
7100 East Belleview Avenue, #G-11
Greenwood Village, Colorado 80111
Email: johnhenry@schlielawfirm.com
*Attorney for Defendant, Bullock (2)*

Dennis W. Hartley, Esq.
Dennis W. Hartley, P.C.
1749 South 8th Street, Suite 5
Colorado Springs, Colorado 80905
Email: Julia@hartleyslaw.com
*Attorney for Defendant, Lugo (8)*

R. Scott Reisch, Esq.
Reisch Law Firm, LLC.
1490 West 121st Avenue, Suite 202
Denver, Colorado 80234
Email: rscottreisch@att.net
*Attorney for Defendant, Collins (3)*

Thomas J. Hammond, Esq.
Thomas J. Hammond, P.C.
955 Bannock Street, Suite 200
Denver, Colorado 80204
Email: hammondlaw@solucian.com
*Attorney for Defendant, Martin (9)*

Scott Jurdem, Esq.
Jurdem, LLC
820 Pearl Street, Suite H
Boulder, Colorado 80302
Email: sj@jurdem.com
*Attorney for Defendant, Gardner (5)*

Normando R. Pacheco, Esq.
2371 Locust
Denver, Colorado 80207
Email: joannasweetpea6@aol.com
*Attorney for Defendant, Myers (10)*

-5-

| | |
|---|---|
| Charles W. Elliott, Esq.<br>The Law Office of Charles W. Elliott<br>1801 Broadway, Suite 1100<br>Denver, Colorado  80202<br>Email:  CWEMDEDME@aol.com<br>*Attorney for Defendant, Parker (11)* | Thomas D. Edstrom, Esq.<br>Eric M. Lee, Esq.<br>Douglas L. Romero, Esq.<br>Law Office of Douglas L. Romero, LLC<br>200 S. Sheridan Boulevard, Suite 150<br>Denver, Colorado  80226-8006<br>Emails:<br>timedstrom@coloradochristiandefensecounsel.com<br>ericlee@coloradochristiandefensecounsel.com<br>dougromero@coloradochristiandefensecounsel.com<br>*Attorneys for Defendant, Schrah (14)* |
| Darren R. Cantor, Esq.<br>Darren R. Cantor, P.C.<br>1127 Auraria Parkway, Suite 201-B<br>Denver, Colorado  80204<br>Email:  Darren@cantorlaw.com<br>*Attorney for Defendant, Calvin Riley (12)* | |
| Ariel Z. Benjamin, Esq.<br>Harvey A. Steinberg, Esq.<br>Springer & Steinberg, P.C.<br>1600 Broadway, Suite 1200<br>Denver, Colorado  80202-4920<br>Email:<br>abenjamin@springersteinberg.com<br>law@springersteinberg.com<br>*Attorneys for Defendant, Corey Riley (13)* | Jonathan S. Willett, Esq.<br>The Law Offices of Jonathan S. Willett<br>1331 – 17th Street, Suite 608<br>Denver, Colorado  80202<br>Email:  jwillett@willettlaw.net<br>*Attorney for Defendant, Switzer (15)*<br><br>Ronald J. Hahn, Esq.<br>Law Offices of Ronald Hahn<br>333 West Hampden Avenue, Suite 415<br>Englewood, Colorado  80110<br>Email:  rhahn3667@hotmail.com<br>*Attorney for Defendant, Wright* |

s/Julie M. Mesaros

Julie M. Mesaros, Paralegal