IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. **GEORGE A. GADDY,**
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

    Defendants.

**WAIVER OF RE-ARRAIGNMENT PURSUANT TO FED.R.CRIM.P. RULE 10
AND ENTRY OF PLEA OF NOT GUILTY**

I, GEORGE A. GADDY, the above-named defendant, who is accused of a violation of 21 U.S.C. § 856(a)(1) and (2) and (b), using and maintaining drug-involved premises; 18 U.S.C. § 2, and aiding and abetting; 21 U.S.C. § 846 and 856(a)(1) and (2) and (b), conspiracy to use and maintain drug-involved premises; 18 U.S.C. § 924(c), possession of firearm in furtherance of control substances act felony offense; 18 U.S.C.

§§ 922(g)(1) and 924(a)(2), prohibited person in possession of firearm; 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 2, prohibited person in possession of firearm; 18 U.S.C. §§ 371 and 922(g)(1) and (3), conspiracy for prohibited person to possess firearm and ammunition; 18 U.S.C. § 924(o), conspiracy to possess a firearm during and in relation to a controlled substances act felony offense; and 18 U.S.C. §§ 4 and 371, conspiracy to commit misprision of felony prohibited person in possession of firearm; being advised of the nature of the charges and received a copy of said Second Superseding Indictment (Docket #469), being advised of my rights, hereby waive my appearance at the re-arraignment and request that the Court grant my request and accept my waiver of re-arraignment and plea of not guilty. I initially appeared at a detention hearing and arraignment hearing with regards to the Indictment (Docket #1) on or about January 31, 2012 at which time I was released on a $10,000 unsecured bond with electronic monitoring (Dockets #136 & #143). The Court had previously granted my request to appear to waive my appearance at the detention hearing and arraignment hearing with regards to the Superseding Indictment (Docket #180).

Dated this 8th day of June, 2012.

George A. Gaddy, Defendant

**JEFFREY R. EDELMAN, P.C.**

s/ Jeffrey R. Edelman
_____
Jeffrey R. Edelman, # 7413
19201 East Mainstreet, Suite 203
Parker, Colorado  80134
[720] 851-8440
[720] 851-5874 [fax]
Email: jredel@earthlink.net
*Attorney for Defendant, Gaddy (4)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 8th day of June, 2012, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado 80202
Email: guy.till@usdoj.gov

Edward R. Harris, Esq.
Office of the Federal Public Defender
633 – 17th Street, Suite 1000
Denver, Colorado 80202
Email: Edward_Harris@fd.org
*Attorney for Defendant, Askew (1)*

John H. Schlie, Esq.
Law Office of John Henry Schlie, P.C.
7100 East Belleview Avenue, #G-11
Greenwood Village, Colorado 80111
Email: johnhenry@schlielawfirm.com
*Attorney for Defendant, Bullock (2)*

R. Scott Reisch, Esq.
Reisch Law Firm, LLC.
1490 West 121st Avenue, Suite 202
Denver, Colorado 80234
Email: rscottreisch@att.net
*Attorney for Defendant, Collins (3)*

Scott Jurdem, Esq.
Jurdem, LLC
820 Pearl Street, Suite H
Boulder, Colorado 80302
Email: sj@jurdem.com
*Attorney for Defendant, Gardner (5)*

Miller M. Leonard, Esq.
Miller Leonard, P.C.
1767 Denver West Boulevard, Suite A
Golden, Colorado 80401
Email:
miller@themillerleonardlawfirm.com
*Attorney for Defendant, Johnson (6)*

Joseph Saint-Veltri, Esq.
900 Logan Street
Denver, Colorado 80203
Email: jsvlawoffice@gmail.com
*Attorney for Defendant, Khamsahu (7)*

Dennis W. Hartley, Esq.
Dennis W. Hartley, P.C.
1749 South 8th Street, Suite 5
Colorado Springs, Colorado 80905
Email: Julia@hartleyslaw.com
*Attorney for Defendant, Lugo (8)*

Thomas J. Hammond, Esq.
Thomas J. Hammond, P.C.
955 Bannock Street, Suite 200
Denver, Colorado 80204
Email: hammondlaw@solucian.com
*Attorney for Defendant, Martin (9)*

Normando R. Pacheco, Esq.
2371 Locust
Denver, Colorado 80207
Email: joannasweetpea6@aol.com
*Attorney for Defendant, Myers (10)*

Charles W. Elliott, Esq.
The Law Office of Charles W. Elliott
1801 Broadway, Suite 1100
Denver, Colorado 80202
Email: CWEMDEDME@aol.com
*Attorney for Defendant, Parker (11)*

Darren R. Cantor, Esq.
Darren R. Cantor, P.C.
1127 Auraria Parkway, Suite 201-B
Denver, Colorado 80204
Email: Darren@cantorlaw.com
*Attorney for Defendant, Calvin Riley (12)*

Ariel Z. Benjamin, Esq.
Harvey A. Steinberg, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, Colorado 80202-4920
Email:
abenjamin@springersteinberg.com
law@springersteinberg.com
*Attorneys for Defendant, Corey Riley (13)*

Thomas D. Edstrom, Esq.
Eric M. Lee, Esq.
Douglas L. Romero, Esq.
Law Office of Douglas L. Romero, LLC
200 S. Sheridan Boulevard, Suite 150
Denver, Colorado 80226-8006
Emails:
timedstrom@
 coloradochristiandefensecounsel.com
ericlee@
 coloradochristiandefensecounsel.com
dougromero@
 coloradochristiandefensecounsel.com
*Attorneys for Defendant, Schrah (14)*

Jonathan S. Willett, Esq.
The Law Offices of Jonathan S. Willett
1331 – 17th Street, Suite 608
Denver, Colorado 80202
Email: jwillett@willettlaw.net
*Attorney for Defendant, Switzer (15)*

Ronald J. Hahn, Esq.
Law Offices of Ronald Hahn
333 West Hampden Avenue, Suite 415
Englewood, Colorado 80110
Email: rhahn3667@hotmail.com
*Attorney for Defendant, Wright (16)*

s/Julie M. Mesaros
_____
Julie M. Mesaros, Paralegal

-4-