IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   **GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

    Defendants.

---

### DEFENDANT, GADDY'S FORTHWITH MOTION TO CONTINUE RE-ARRAIGNMENT HEARING ON SECOND SUPERSEDING INDICTMENT
### (Docket #469)

---

**COMES NOW**, the Defendant, George M. Gaddy, by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby requests a continuance of the re-arraignment hearing currently scheduled for June 13, 2012 at 10:00 a.m., and as grounds therefore, states and alleges as follows:

1.      The Second Superseding Indictment (Docket #469) was filed on or about June 5, 2012.

2.      As a result of the filing of the Second Superseding Indictment, a re-arraignment hearing was scheduled for June 12, 2012 at 11:00 a.m. before Magistrate Kristen L. Mix. (Docket #470).

3.      The Defendant filed his Motion to Waive Presence for Re-Arraignment on the Second Superseding Indictment (Docket #474) and filed his Waiver of Re-Arraignment Pursuant to Fed.R.Crim.P. Rule 10 and Entry of Plea of Not Guilty (Docket #474-1).

4.      On or about June 11, 2012, the Court granted the Defendant's Motion to Waive Appearance at the June 12, 2012 hearing (Docket #476). The undersigned apparently misunderstood the Court's order and believed that by waiving the Defendant's appearance, defense counsel's presence had also been waived as it had been for the re-arraignment on the First Superseding Indictment (Docket #234). The undersigned apologizes to the Court for any inconvenience and confusion.

5.      As a result of the undersigned's non-appearance, the Court continued the arraignment hearing as to the Defendant for Wednesday, June 13, 2012 at 10:00 a.m. However, the undersigned has a conflict in that his daughter's graduation from Creekside Elementary School, located approximately two (2) miles South of the intersection of Arapahoe Road and Parker Road, to middle school is scheduled for June 13, 2012 at 9:30 a.m.

6.      The undersigned is also unavailable on Thursday, June 14, 2012 and Friday, June 15, 2012 because the undersigned must prepare for an evidentiary motions

hearing before the Honorable Judge Christine Arguello in the matter of *U.S.A. v. Dennis E. Rodebaugh,* Case No. 10-cr-00444-CMA on Friday, June 15, 2012 at 9:00 a.m., set for an entire day. The undersigned needs to meet with the witnesses in the *Rodebaugh* case on Thursday, June 14, 2012. Some witnesses are from Windsor, Grand Junction, Colorado, Redding, California and the State of Washington. The Defendant resides in Buford, Colorado.

7. The undersigned is available in the afternoon on Monday, June 18, 2012 and anytime on Tuesday, June 19, 2012.

8. The undersigned has attempted to confer with the Assistant United States Attorney, Guy Till with regards to the instant request. However, Mr. Till was unavailable at the time of the preparation of the instant motion and therefore, the Defendant is uncertain whether or not the government objects to a continuance.

**WHEREFORE,** the Defendant, Gaddy hereby requests that this Court continue the re-arraignment hearing currently scheduled for June 13, 2012 at 10:00 a.m. and reschedule the same in the afternoon of Monday, June 18, 2012 or at anytime on Tuesday, June 19, 2012 if convenient with the Court, for the reasons stated.

Respectfully submitted this 12th day of June 2012.

**JEFFREY R. EDELMAN, P.C.**

s/ Jeffrey R. Edelman
_____
Jeffrey R. Edelman, # 7413
19201 East Mainstreet, Suite 203
Parker, Colorado  80134
[720] 851-8440
[720] 851-5874 [fax]
Email:  jredel@earthlink.net
*Attorney for Defendant, Gaddy (4)*

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 12th day of June, 2012, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Email:  guy.till@usdoj.gov

Edward R. Harris, Esq.
Office of the Federal Public Defender
633 – 17th Street, Suite 1000
Denver, Colorado  80202
Email:  Edward_Harris@fd.org
*Attorney for Defendant, Askew (1)*

John H. Schlie, Esq.
Law Office of John Henry Schlie, P.C.
7100 East Belleview Avenue, #G-11
Greenwood Village, Colorado  80111
Email:  johnhenry@schlielawfirm.com
*Attorney for Defendant, Bullock (2)*

R. Scott Reisch, Esq.
Reisch Law Firm, LLC.
1490 West 121st Avenue, Suite 202
Denver, Colorado  80234
Email:  rscottreisch@att.net
*Attorney for Defendant, Collins (3)*

Scott Jurdem, Esq.
Jurdem, LLC
820 Pearl Street, Suite H
Boulder, Colorado  80302
Email:  sj@jurdem.com
*Attorney for Defendant, Gardner (5)*

Miller M. Leonard, Esq.
Miller Leonard, P.C.
1767 Denver West Boulevard, Suite A
Golden, Colorado  80401
Email:  miller@themillerleonardlawfirm.com
*Attorney for Defendant, Johnson (6)*

Joseph Saint-Veltri, Esq.
900 Logan Street
Denver, Colorado  80203
Email:  jsvlawoffice@gmail.com
*Attorney for Defendant, Khamsahu (7)*

Dennis W. Hartley, Esq.
Dennis W. Hartley, P.C.
1749 South 8th Street, Suite 5
Colorado Springs, Colorado  80905
Email:  Julia@hartleyslaw.com
*Attorney for Defendant, Lugo (8)*

Thomas J. Hammond, Esq.
Thomas J. Hammond, P.C.
955 Bannock Street, Suite 200
Denver, Colorado  80204
Email:  hammondlaw@solucian.com
*Attorney for Defendant, Martin (9)*

Normando R. Pacheco, Esq.
2371 Locust
Denver, Colorado  80207
Email:  joannasweetpea6@aol.com
*Attorney for Defendant, Myers (10)*

-5-

Charles W. Elliott, Esq.
The Law Office of Charles W. Elliott
1801 Broadway, Suite 1100
Denver, Colorado 80202
Email: CWEMDEDME@aol.com
*Attorney for Defendant, Parker (11)*

Darren R. Cantor, Esq.
Darren R. Cantor, P.C.
1127 Auraria Parkway, Suite 201-B
Denver, Colorado 80204
Email: Darren@cantorlaw.com
*Attorney for Defendant, Calvin Riley (12)*

Ariel Z. Benjamin, Esq.
Harvey A. Steinberg, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, Colorado 80202-4920
Email:
abenjamin@springersteinberg.com
    law@springersteinberg.com
*Attorneys for Defendant, Corey Riley (13)*

Thomas D. Edstrom, Esq.
Eric M. Lee, Esq.
Douglas L. Romero, Esq.
Law Office of Douglas L. Romero, LLC
200 S. Sheridan Boulevard, Suite 150
Denver, Colorado 80226-8006
Emails:
timedstrom@
  coloradochristiandefensecounsel.com
ericlee@
  coloradochristiandefensecounsel.com
dougromero@
  coloradochristiandefensecounsel.com
*Attorneys for Defendant, Schrah (14)*

Jonathan S. Willett, Esq.
The Law Offices of Jonathan S. Willett
1331 – 17th Street, Suite 608
Denver, Colorado 80202
Email: jwillett@willettlaw.net
*Attorney for Defendant, Switzer (15)*

Ronald J. Hahn, Esq.
Law Offices of Ronald Hahn
333 West Hampden Avenue, Suite 415
Englewood, Colorado 80110
Email: rhahn3667@hotmail.com
*Attorney for Defendant, Wright*

s/Julie M. Mesaros

Julie M. Mesaros, Paralegal