

DEPARTMENT OF VETERANS AFFAIRS
EASTERN COLORADO HEALTH CARE

July 5, 2012

ept Veterans Affairs
CHCS
ipna N. Bhatia, M.D.
1701 E. Mississippi
iite 200
urora, CO
1012
i3-398-6340
ix 303-326-0753

Mr. George Gaddy is diagnosed with a cellulitis and leg edema of left leg, Which should resolve in 1 week. Pt has f/u in the Denver VA OBMT/ER on July 12, 2012 at which point he will need to be reassessed and the doctors there as well as the judge will decide his ankle swelling has gone down on the left leg. It is per the judges decision to remove the ankle bracelet to a different location. I did also speak with the patient's parole officer.

Thank you,

Dr. Bhatia
(covering for Dr. Hassan, his
Primary care doctor)

Exhibit "A"