IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.  ROMELL E. BULLOCK,
3.  GREGORY A. COLLINS,
4.  GEORGE A. GADDY,
5.  DELBERT J. GARDNER,
6.  RICHARD W. JOHNSON,
7.  SHEPS H. KHAMSAHU,
8.  ERIC LUGO,
9.  LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
14. THOMAS A. SCHRAH, JR.,
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

        Defendants.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 566

United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Guy Till, respectfully moves to restrict Document No. 566, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.  The United States requests a "Level 2" Restriction which would make the document, any order reveling the contents of that document and the brief filed in support of this motion, "viewable by Selected Parties & Court" only.

1

Dated this13th day of July, 2011.

          BY: *s/ Guy Till*
             GUY TILL
             Assistant U.S. Attorney
             United States Attorneys Office
             District of Colorado
             1225 17th Street, Suite 700
             Denver, CO 80202
             Telephone:  (303)-454-0100
             Fax: (303) 454-0409
             Email:  Guy.Till@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of July, 2012, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NO. 566** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*s/Lisa Vargas*
LISA VARGAS, Legal Assistant
U.S. Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0409
Email: Lisa.Vargas@usdoj.gov