IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.    GEORGE GADDY,

    Defendant.

## ORDER

This matter is before the court on Defendant Gaddy's Motion to Modify Terms of Pre-Trial Release [Doc. No. 555]. Having reviewed the Motion and discussed the case with Defendant's supervising Pretrial Officer, the court finds and concludes as follows:

It is **ORDERED**

Defendant Gaddy's Motion to Modify Terms of Pre-Trial Release [Doc. No. 555] is **GRANTED in part**.

1.    Defendant Gaddy's Order Setting Conditions of Release [Doc. No. 144] is modified to delete Section (t) requiring that he submit to location monitoring;

2.    Defendant Gaddy's Motion is **DENIED** with respect to amendment of the Order Setting Conditions of Release, Section (i), requiring that the defendant's travel be restricted to the State of Colorado. Requests to travel outside the state must be submitted to the supervising

Pretrial Services Officer who will consider such requests on an individual basis.  There are no restrictive conditions on the defendant's travel within the State of Colorado, other than as specifically set forth therein.

   3. The court is puzzled by the representation that "[a]s part of the government's willingness to not oppose the instant motion, the Defendant has agreed not to communicate with other Hells Lovers Motorcycle Club members, including any Co-Defendants." (Mot. at ¶6.)  The Order Setting Conditions of Release, Section (j), has at all times required, **as a condition of bond**, that Defendant Gaddy avoid all contact with "codefendants, i.e. any members of the Hell's Lovers Motorcycle Club or individuals listed in any related Indictment and may not frequent the Hell's Lovers Motorcycle Club House."  To the extent the defendant has had such contact subsequent to January 31, 2012, he has been in violation of his bond conditions.  This condition will remain unchanged.

  Dated this 18th day of July, 2012.

            BY THE COURT:

            *Kathleen M. Tafoya* (signature)

            Kathleen M. Tafoya
            United States Magistrate Judge