IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   **GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

    Defendants

---

## BRIEF IN SUPPORT OF MOTION TO RESTRICT ACCESS TO PURSUANT TO D.C. COLO. LCr 47.1

---

**COMES NOW**, the Defendant, George A. Gaddy ("Gaddy"), by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby seeks to file his motion pursuant to 18 U.S.C. § 4241 under ECF, restricted access Level 2, for the following reasons:

-2-

1. A change of plea hearing is currently scheduled for Wednesday, September 26, 2012 at 11:00 a.m.

2. The motion pursuant to 18 U.S.C. § 4241 is being filed in order to determine whether or not the Defendant is suffering from a mental defect or disease rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to properly assist in his defense.

3. Due to the subject matter of the Defendant's motion, the Defendant requests that the motion be filed as a level 2 restricted motion.

**WHEREFORE,** the Defendant requests that he be permitted to file his motion under ECF, restricted access, Level 2, for the reasons stated.

Respectfully submitted this 14th day of September, 2012.

**JEFFREY R. EDELMAN, P.C.**

s/ Jeffrey R. Edelman
_____

Jeffrey R. Edelman, # 7413
19201 East Mainstreet, Suite 203
Parker, Colorado  80134
[720] 851-8440
[720] 851-5874 [fax]
Email:  jredel@earthlink.net
Attorney for Defendant

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 14th day of September, 2012, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Email:  guy.till@usdoj.gov

      s/Julie M. Mesaros

      Julie M. Mesaros, Paralegal