IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   **GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

      Defendants

___

### *RESTRICTED* MOTION TO DETERMINE MENTAL COMPETENCY OF DEFENDANT

___

**COMES NOW**, the Defendant, George A. Gaddy, by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby moves this Court for an order granting the Defendant's motion to undergo an examination pursuant to 18 U.S.C. § 4241 and a hearing upon a reasonable cause to believe that the Defendant may presently be suffering from a mental defect or disease

rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense, and as grounds therefore, states and alleges as follows:

1. This motion is being brought pursuant to 18 U.S.C. § 4241, *et seq.*

2. Counsel for the Defendant is filing this motion with the consent of the Defendant. The Defendant is not in custody but is on pre-trial release in the Denver metropolitan area and such pre-trial release has been modified to delete the requirement of the Defendant wearing an electronic monitoring location device.

3. The undersigned further respectfully requests that the Court appoint a professional psychiatrist or psychologist to examine the Defendant to be conducted

4. The undersigned further respectfully requests that pursuant to 18 U.S.C. § 4241(b), he not only undergo a psychiatric and/or psychological and/or neuropsychological examination, but that the report be filed with the Court under seal pursuant to 18 U.S.C. § 4247(b) and (c).

5. The undersigned informs the Court that Birgit Fisher, Ph.D., of Fisher & Associates, LLC, 635 West Corona Avenue, Suite 204, Pueblo, Colorado has agreed to provide the clinical psychologist and/or psychiatric expert services in this matter. Dr. Fisher's curriculum vitae is attached herewith as **Exhibit "A".** Dr. Fisher's hourly rate is $150 per hour and the undersigned counsel believes that Dr. Fisher's fees may exceed the maximum per request provided by the Criminal Justice Act, given the nature of the services that are to be provided and therefore, counsel requests that the Court authorize in excess of $1,000 in the amount of $4,000 on the attached CJA Form 21.

-3-

      6.      Dr. Fisher has agreed to this appointment and will travel to the Denver metropolitan area.

      7.      A change of plea hearing is currently scheduled Wednesday, September 26, 2012 at 11:00 a.m. and pursuant to the professional judgment of the undersigned, the Defendant meets the requirements of 18 U.S.C. § 4241.

**WHEREFORE,** the Defendant requests that Court order that the Defendant undergo the appropriate psychiatric/psychological/neuropsychological examination to be conducted by Dr. Birgit Fisher, for the reasons stated.

Respectfully submitted this 12th day of September, 2012.

                                                **JEFFREY R. EDELMAN, P.C.**

                                                s/ Jeffrey R. Edelman

                                                Jeffrey R. Edelman, # 7413
                                                18801 East Mainstreet, Suite 290
                                                Parker, Colorado  80134
                                                [720] 851-8440
                                                [720] 851-5874 [fax]
                                                Email:  jredel@earthlink.net
                                                Attorney for Defendant

-4-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 14th day of September, 2012, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Email:  guy.till@usdoj.gov

                            s/Julie M. Mesaros

                            Julie M. Mesaros, Paralegal