**VITA: Birgit M. Fisher, Ph.D.**
      Phone: (719) 568-1232

## EDUCATION:

**Capella University,** Minneapolis, MN, June 2002
- Ph.D.: Clinical Psychology
- Dissertation: " The Mediating Role of Self-Concept and Personality Dimensions on Factors Influencing the Rehabilitative Treatment of Violent Male Youthful Offenders."

**University of Colorado at Colorado Springs**, Colorado Springs, CO, May 1999
- M.A.: Clinical Psychology
- Master Thesis: "Coping and Distress in Cognitively Impaired Older Adults."

**The Colorado College**, Colorado Springs, CO, May 1995
- B.A.: Psychology
- Magna Cum Laude, Distinction in Psychology
- Honor Thesis: "A Quantitative Dendritic Analysis of Human Primary Motor and Supplementary Motor Areas, the Angular Gyrus and Prefrontal Cortex."

## LICENSURE/CERTIFICATES:

- Licensed Clinical Psychologist Colorado (2759)
- Colorado Sex Offender Management Board Approved Full Operational Level Adult Sexual Offender Treatment Provider and Evaluator and Associate Level Juvenile Offender Treatment Provider and Evaluator

## SELECTED SPECIALIZED FORENSIC TRAINING:

- Sexual Abuse Interviewing of Children (December 9, 1998)
- Assessing Psychopathy (September 21, 1999)
- Family Dynamics of Sexual Abuse (September 27, 2000)
- Dynamics of Sex Offender Treatment and Monitoring (May 10-14, 2002)
- The Dynamic Supervision of Sexual Offenders (July 7 through 16, 2003)
- Competency Evaluations (September 8, 2003; January 29, 2007)
- Contact with Victims and Potential Victims: Section 5.7 SOMB (June 25, 2004)
- Assessment & Issues in the Treatment of DD Sex Offenders (ATSA October 2004)
- Prediction of Sexual Recidivism (ATSA October2004)
- Sex Offender Assessments for Risk Management and Release Decisions (ATSA October 2004)
- PPG Training (Level I and II, November 17-19, 2004)
- Developmental Disability and Aggressive Behavior (February 9, 2005)
- The Assessment and Treatment of Female Sexually Abusive Youth (May 6, 2005)
- Identification and Treatment Implications of Ward and Hudson's Pathways (ATSA November 2005)
- Preventing Sexual Abuse of Children in the 21st Century (ATSA November 2005)
- Treatment and Supervision of DD Sexual Offending (March 10, 2006)
- Female Sex Offenders: Significant Factors and Treatment Implications (ATSA September 2006)



Exhibit "A"

VITA:  Birgit M. Fisher, Ph.D.
    Page Two

## SELECTED SPECIALIZED FORENSIC TRAINING, cont.:

- Assessing and Treating Psychopathy (ATSA September 2006)
- Understanding, Assessing and Treating Online Sex Offenders (ATSA Pre-Conference October 2007)
- The Next Step in Risk Assessment Models: The Risk Profile (ATSA November 2007)
- Understanding Variation in Penile Responsiveness (ATSA November 2007)
- Advanced Clinical Training Monarch 21 Penile Plethysmograph Assessment (December 6, 2007)
- Current Issues in Sex Offender Risk Assessments (May 9, 2008)
- DBT with Juveniles in Forensic Settings (8/31/2009 through 9/2/2009)
- Effects of Internet Porn on Adolescent Brain (2/19/2010)

## SELECTED SPECIALIZED CLINICAL TRAINING:

- Neuropsychological Assessment Training (CU Aging Center 1998 – 2001)
- EMDR Level I (1999/2000)
- EMDR Level II (2000).
- Neurodevelopment (ATSA November 2005)
- Cycle of Abuse and Trauma (ATSA November 2005)
- The Ranging Effects of Domestic Violence, Sexual Assaults, and other Aversive Childhood Experiences (February 6, 2006)

## PROFESSIONAL ASSOCIATIONS:

- American Psychological Association – Member
- American Psychological Association, Division 18 – Member
- Association for the Treatment of Sexual Abusers (ATSA) – Clinical Member

## CURRENT EMPLOYMENT:

**November 2011 to Present**    **Assistant Superintendent, Colorado Mental Health Institute Pueblo, Colorado**

- As appointing authority, carry the responsibility for the provision of multidisciplinary clinical services in a 438-bed psychiatric hospital, including therapeutic programming and supervision of clinical departments.
- Manage staff and fiscal resources to ensure quality patient treatment and services, in compliance with hospital, state and CDHS policies and all applicable federal and state laws, rules and regulations.
- Participate in the hospital's strategic direction and oversee the hospital-wide clinical redesign.
- Define program objectives, execute action plans and ensure their achievement through collection and review of evaluation data.

VITA:  Birgit M. Fisher, Ph.D.
Page Three

## PRIOR VOCATIONAL EXPERIENCES:

**June 2008 to November 2011**  **Director Sol Vista Youth Service Center, Pueblo, Colorado**

- Served as appointing authority and provided administrative oversight over all program and security components of a maximum secure long-term treatment facility that offered rehabilitative and offense specific services for juveniles with high mental health needs committed to the Department of Human Services.
- Directed the development, coordination and implementation of program components delivered by a multidisciplinary team of medical and mental health treatment providers, educators, and security staff.
- Developed and implemented program-operating procedures within Division of Youth Corrections policy, action plans to address deficiencies for standards identified by audits, and a management process to monitor and ensure proper fiscal management.

**February 2004 to May 2008**  **Director of Sexual Treatment Program, Colorado Mental Health Institute Pueblo, Institute for Forensic Psychiatry**

- Administratively supervised multidisciplinary team of evaluators and treatment providers and provided clinical oversight over risk management and offense specific treatment of seven inpatient psychiatric units and the aftercare unit.
- Made recommendations to the institute and courts regarding patients' treatment needs and level of risk, testified to risk assessment decisions in court and provided consultation and support to other programs in complex, difficult to treat high-risk cases.
- Provided cutting edge training in Sex Offender assessment and treatment, and other clinical curricula to mental health professionals at CMHIP and other agencies.
- Developed discipline and hospital wide procedures impacting patients with sexual assault histories.
- Conducted psychological assessments, i.e., Rorschach and PCL-R, for diagnostic clarifications as well as competency and restoration assessments.
- Served as member of the Internship Committee and the EMDR Committee.

**June 2003 to February 2004**  **Ward Psychologist, Colorado Mental Health Institute Pueblo, Institute for Forensic Psychiatry**

- Provided brief treatment for purpose of mental health and behavioral stabilization of convicted offenders on a maximum security, intensive care inpatient ward.
- Created and implemented a Contingency Management System, provided individual and group treatment to offenders with Axis I and Axis II psychopathologies utilizing Dialectic Behavioral Treatment and Motivational Interviewing Principles.
- Conducted Risk Management Assessments and completed diagnostic testing utilized in treatment planning.
- Provided suicide prevention and contingency management training to ward staff.

VITA:  Birgit M. Fisher, Ph.D.
     Page Four

**PRIOR VOCATIONAL EXPERIENCES, cont.:**

| | |
|---|---|
| October 2002 to June 2003 | **Psychologist Candidate, Colorado Department of Corrections, Fremont Correctional Facility** |

- Conducted Sexual Offense Specific Evaluations for Offenders serving Minimum to Life sentences.
- Completed diagnostic psychological evaluations, provided therapeutic interventions for offenders with Axis I and Axis II psychopathologies, monitored offenders with serious mental illnesses and conducted crisis interventions.

| | |
|---|---|
| April 2002 to October 2002 | **Mental Health Clinician, Colorado Department of Corrections, Fremont Correctional Facility** |

- Co-facilitated sexual offender treatment in a medium security correctional facility.
- Provided individual therapeutic interventions for offenders with Axis I and Axis II psychopathologies and mental health monitoring of offenders with serious mental illnesses.
- Conducted psychological and psychosexual evaluations of offenders.

| | |
|---|---|
| April 2001 to March 2002 | **Pre-Doctoral Internship, Colorado Department of Corrections** |

- Provided individual psychotherapy treatment, group treatment and crisis interventions to adult and youthful offenders at the Colorado State Penitentiary (CSP), Youthful Offender System (YOS), and San Carlos Correctional Facility (SCCF).
- Conducted psychological and neuropsychological assessments.
- Conducted intake assessments of YOS offenders entering the Intake, Diagnostic, and Orientation phase.
- Provided trauma-specific treatment to adult and juvenile offenders and facilitated a female survivor group.
- Conducted research into factors presenting barriers to the rehabilitative treatment of violent male youthful offenders.

| | |
|---|---|
| September 1996 to February 2001 | **Researcher and Clinician, ComCor, Inc.,** Colorado Springs |

- Promoted from Psychological Technician (September 1996 to April 1997) to Researcher and Clinical Supervisor
- Supervised intake and diagnostic assessments of adult and juvenile offenders.
- Directed and supervised the research of two different grant programs.
- Assisted in development as well as reliability and validity research of new assessments, (i.e., a Sexual Offender Risk Assessment, a Domestic Violence Clinical Progress and Lethality Checklist) utilized in the treatment of violent offenders.
- Co-facilitated residential and non-residential sexual offender treatment groups.
- Presented trauma and sexual offender research at national and international conferences.
- Conducted workshops on utilizing trauma treatment with violence offenders.

VITA: Birgit M. Fisher, Ph.D.
Page Five

**PRIOR VOCATIONAL EXPERIENCES, cont.:**

**September 1998**  **Internship CU Aging Center,** Colorado Springs
**to February 2000**

- Received specialized training in neuropsychology and neuropsychological assessments.
- Conducted neuropsychological assessments.
- Provided individual psychotherapy to address various mental health issues.

**October 1995**  **Assistant Site Director, The Childrens Ark,** Green Mountain Fall
**to March 1997**

- Promoted from Residential Counselor after initiating a residential care system based on Social Learning Theory, Positive Peer Culture, and the Boy's Town.
- Supervised a multidisciplinary team of treatment providers and support staff.
- Facilitated PTSD, anger management, impulse control, rational thinking, and self-esteem/self-efficacy groups for sexually and physically abused juvenile residents.

**OTHER FORENSIC EXPERIENCE:**

**August 2011**  **Private Practice Fisher & Associates, LLC,** Pueblo
**to Present**

- Part-time: Conduct forensic adult and juvenile evaluations and offense specific treatment groups and consult on clinical issues in adult and juvenile forensic cases.

**June 2004**  **Private Practice Group, SW Consulting,** Colorado Springs
**to August 2011**

- Part-time: Conduct forensic adult and juvenile evaluations and consult on clinical issues in adult and juvenile forensic cases.

**FORENSIC/CORRECTIONAL RELATED RESEARCH EXPERIENCE:**

**1999 to 2002**  **Capella University, Harold Abel School of Psychology,** Minneapolis, MN

- Research focus on impact of administrative segregation on mentally ill offenders and barriers to treatment success in violent youthful offenders.

**1997 to 2001**  **ComCor, Inc., Colorado Springs**

- Research into the impact of a correctional environment on offenders.
- Collaborated with the Division of Criminal Justice in the development of a sexual offender recidivism risk instrument.
- Process and outcome research for Domestic Violence, Substance Abuse, and Sex Offender Treatment Programs.

VITA:  Birgit M. Fisher, Ph.D.
Page Six

## FORENSIC/CORRECTIONAL RELATED RESEARCH EXPERIENCE, CONT.:

**1996 to 1997**  **Department of Corrections,** Colorado Springs, CO,

- Assisted in a validity study of the Level of Supervision Inventory (LSI).
- Conducted a program efficiency study of the Redirections Drug and Alcohol Therapeutic Community at the Limon Correctional Facility.

## TEACHING EXPERIENCE:

**January 2005 to Present**  **Core Associate Professor,** University of the Rockies, Colorado Springs

- Part-Time:  Teach graduate level courses in human sexuality, psychopathology, forensic psychology, cognitive and emotional bases of behavior (neuropsychology series), DBT, organizational leadership and psychological assessments.
- Serve on Dissertation Committees and APA CE Committee.

**January 2008 to 2009**  **Lecturer/Honoraria Faculty,** University of Colorado, Colorado Springs

- Part-Time:  Taught a graduate level course in adult and child cognitive assessments

## COMMUNITY INVOLVEMENT:

- Board of Directors Pueblo Rape Crisis Services (December 2010 to January 2012)

## PUBLICATIONS:

- Fisher, B.M., Segal, D. L., & Collidge, F. L. (2003). Assessment of coping in cognitively impaired older adults. A preliminary study. *Clinical Gerontologist, 26, 3-12.*
- Qualls, S. Honn, Martinez, L., Tashiro, T., & Fisher, B. M.(1999).  Review of mental disorders in older adults: Fundamentals of assessment and treatment. *Contemporary Gerontology,5,* 133-134.
- Fisher, B.M., & Jacobs, B. (1998). A quantitative dendritic analysis of a bulimic brain: A case study. *Psi Chi Journal of Undergraduate Research, 3, 3-17.*
- Baca, S., Larson, L., Fisher, B. M., Kerman, R., Schall, M., & Jacobs, B. (1995).  Dendritic and spine analyses across hierarchically arranged areas of human neocortex: A quantitative Golgi study. *Society for Neuroscience Abstracts,* 182.9.

## PRESENTATIONS:

- Fisher, B.M. & Gallegos, V. (2012). Understanding the Impact of Trauma on the Developing Brain: A Crucial Step in the Development of Trauma-Informed Care. 8th Annual Division of Youth Corrections Provider Conference, Vail, CO.
- Fisher, B. M. (2011). Trauma and the Developing Brain. CO Juvenile Defense Coalition.

**Updated July 2012**

VITA:  Birgit M. Fisher, Ph.D.
Page Seven

**PRESENTATIONS, CONT.:**

- Fisher, B. M. (2011). Female Sex Offenders and Psychopathy. Division of Criminal Justice Advanced Training.
- Fisher, B. M. (2009). Violent juvenile offenders. Assessment and treatment strategies. Psychotherapy Associates 35th Annual Advanced International Winter Symposium, Colorado Springs, CO.
- Kleinsasser, D. L., & Fisher, B.M. (2008). A differential approach to sex offender treatment based on personality. Psychotherapy Associates 34th Annual Advanced International Winter Symposium, Colorado Springs, CO.
- Fisher, B.M., & Kleinsasser, D. L. (2007). A differential approach to sex offender treatment based on personality. *ATSA 26th Annual Convention,* San Diego, CA.
- Fisher, B.M. (2007). Sexual offender treatment efficacy. Psychotherapy Associates 33rd Annual Advanced International Winter Symposium, Colorado Springs, CO.
- Fisher, B.M., & McGill, J. (2000). A community corrections study: Using EMDR, Energy, and Cognitive-Behavioral psychotherapies with domestic violence offenders. Colorado Department of Corrections, Mental Health Training Workshop, Colorado Springs, CO.
- Fisher, B. M., & Shelton, D. (2000). Enhanced EMDR with domestic violence offenders. *ISTSS,* San Antonio, Tx.
- Fisher, B. M. & Shelton, D. (2000). Enhanced EMDR with domestic violence offenders. *EMDRIA,* Toronto, Canada.
- Fisher, B. M. & Segal, D. L. (1999). Subjective distress among older adults and impact on caregiver's perceptions. *GSA 52nd Annual Convention,* San Francisco, CA.
- Fisher, B. M., Segal, D. L., Hook, J., & Qualls, S. H. (1999). Coping and Distress in Cognitively Impaired Older Adults. APA 107th Annual Convention, Boston, Mass.
- Kleinsasser, D. L., Baker, D. M., & Fisher, B. M.(1999). Reflections on past failures: Tools for predicting positive outcomes for sex offender. *ATSA 18th Annual Convention,* Lake Buena Vista, Fl.
- Fisher, B. M., Segal, D. L., Hook, J. N., & Qualls, S. H. (1999). Coping and distress in cognitively impaired older adults. *APA Annual Convention*, Boston, Massachusetts.
- Hook, J. N., Segal, D. L., Coolidge, F. L., Yamazaki, T. G., Fisher, B. M., Chatman, C. L., & Weltz, T. (1997). Relationships among personality disorders, depression, and anxiety. *Annual Conference on Behavior, Neurobiology, Substance Abuse, and Culture*, Los Angeles, California.
- Hook, J. N., Segal, D. L., Yamazaki, T. G., Coolidge, F. L., Fisher, B., & Kamilar, C., B. (1997). Substance abuse: Relationships with coping, clinical disorders, and personality disorders. *Annual Conference on Behavior, Neurobiology, Substance Abuse, and Culture*, Los Angeles, California.
- Fisher, B. M. & Jacobs, B. (1996). Quantitative dendritic analysis of a bulimic brain: A case study.
- *Rocky Mountain Psychological Association, 46,* Park City, Utah.
- Fisher, B. M. (1995). A quantitative dendritic analysis of human primary motor and supplementary motor areas, the angular gyrus and prefrontal cortex. *The Psychological Society,* Colorado Springs.