**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Bernique Abiakam      Date: September 26, 2012
Court Reporter: Terri Lindblom

Criminal Action No. 12-cr-00010-MSK-4

| *Parties*: | *Counsel Appearing:* |
|---|---|
| UNITED STATES OF AMERICA, | Guy Till |
| Plaintiff, | |
| v. | |
| GEORGE A. GADDY, | Jeffrey Edelman |
| Defendant. | |

**COURTROOM MINUTES**

HEARING:   Motion

**11:07 a.m.   Court in session.**

Court calls case.  Appearances of counsel.  Defendant present on bond.

Preliminary remarks by the Court.

11:08 a.m.   Argument by Mr. Till.

11:10 a.m.   Argument by Mr. Edelman.

**ORDER:**   *Restricted* **Motion To Determine Mental Competency of Defendant (Filed 9/14/12; Doc. No. 637) is GRANTED.**

**ORDER:**   **Motion To Restrict Access To Pursuant To D.C. Colo. LCr 47.1 (Filed 9/14/12; Doc. No. 635) is DENIED.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

11:15 a.m.      Statement by Defendant.

11:16 a.m.      Comments and ruling by the Court.

**ORDER:        Dr. Birgit Fisher shall examine Defendant, George Gaddy, and submit an examination report to the Court and a copy to counsel, within 45 days. Speed trial shall be tolled during these 45 days. Counsel shall agree on a form of order that can be transmitted to Dr. Fisher in order to instruct her.**

**ORDER:        Bond is continued.**

**11:17 a.m.     Court in recess.**
**Total Time:   10 minutes.**
**Hearing concluded.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 3