IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    GEORGE H. ASKEW,
2.    ROMELL E. BULLOCK,
3.    GREGORY A. COLLINS,
**4.    GEORGE A. GADDY,**
5.    DELBERT J. GARDNER,
6.    RICHARD W. JOHNSON,
7.    SHEPS H. KHAMSAHU,
8.    ERIC LUGO,
9.    LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

      Defendants

---

**ORDER FOR COMPETENCY EXAMINATION AND DETERMINATION**

---

A hearing was held on the 26th day of September, 2012, on the defense motion requesting this Court order a mental competency examination as to defendant George A. Gaddy pursuant to 18 U.S.C. § 4241 *(Docket #637)*. The Government appeared by Guy Till. The Defendant appeared in person and by counsel, Jeffrey R. Edelman. Upon consideration of the defendant's motion, defense counsel's statements, the pleadings in this matter, the Government counsel's statements and the Court's observation of

-2-

Defendant and there being no objection by either the Government or the defense, the Court finds:

1. Pursuant to 18 U.S.C. § 4241(a), there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

2. The Defendant is not being detained.

3. Pursuant to 18 U.S.C. § 4247(b), the Defendant will undergo a psychiatric/psychological evaluation by Birgit Fisher, Ph.D. to be completed within 45 days of the date of this order. The Defendant will cooperate with Dr. Fisher.

4. The psychological, psychiatric and/or neuropsychological reports shall be prepared and filed with the Court pursuant to 18 U.S.C. § 4247(c).

5. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court finds that the delay resulting from the determination of the Defendant's mental competency to stand trial is excluded from the time within which trial must commence.

It is ORDERED that:

1. The Defendant's Unopposed Motion to Determine Mental Competency of Defendant (Docket #637) is **GRANTED**, and

2. Birgit Fisher, Ph.D. of Fisher & Associates, LLC, 635 West Corona Avenue, Suite 204, Pueblo, Colorado 81004, telephone 719-568-1232 shall conduct the examination, and

3. The Defendant is ordered to cooperate with Dr. Fisher and sign any releases Dr. Fisher deems appropriate, and

4. The examination shall be completed and the report filed with the Court **within 45 days**, and the Defendant may request the report to be filed as a restricted level 2 document, and

5. Dr. Fisher shall have reasonable access to the Defendant's Veteran's Administration or other care providers medical records maintained on behalf of the Defendant, George A. Gaddy.

6. That pursuant to the provisions of 18 U.S.C. § 4247(c)(1)-(4), the psychiatric or psychological report shall include the following:

    a. The Defendant's history and present symptoms;

    b. A description of the psychiatric, psychological, and medical tests that were employed and their results;

    c. The examiner's findings;

    d. The examiner's opinions as to the diagnosis and prognosis; and

    e. The examiner's opinion about whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

7. If necessary, the Government shall assist Dr. Fisher in identifying the Defendant's medical providers and obtaining reasonable access for Dr. Fisher to review the records.

DATED this 28th day of September, *nunc pro tunc* September 26, 2012.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge

-4-