IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   **GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

    Defendants

___

## MOTION TO RESTRICT ACCESS TO PURSUANT TO D.C. COLO. LCr 47.1
___

**COMES NOW**, the Defendant, George A. Gaddy ("Gaddy"), by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby seeks to file his motion pursuant under ECF, restricted access Level 2, for the following reasons:

    1.    Defendant, Gaddy requests that he be permitted to file a report pursuant to 18 U.S. C. § 4241 as a Level 2 restricted document under D.C. Colo. LCr47.1 (E)(1)(a).

-2-

A Level 2, restricted access of the Defendant, the Court and selected parties is appropriate in this matter pursuant to the subject matter of the report. Due to the number of Defendant's in this matter, it is difficult to identify the anticipated docket number of the restricted motion, however, anticipates that his brief in support and the restricted report will be docket nos. 744 and 745.

**WHEREFORE,** the Defendant requests that he be permitted to file the report under ECF, restricted access, Level 2, for the reasons stated.

Respectfully submitted this 9[st] day of November, 2012.

**JEFFREY R. EDELMAN, P.C.**

s/ Jeffrey R. Edelman

_____
Jeffrey R. Edelman, # 7413
19201 East Mainstreet, Suite 203
Parker, Colorado  80134
[720] 851-8440
[720] 851-5874 [fax]
Email:  jredel@earthlink.net
Attorney for Defendant

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 9th day of November, 2012, and addressed to the following:

| | |
|---|---|
| Guy Till, Esq.<br>Assistant United States Attorney<br>1225 – 17th Street East<br>Seventeenth Street Plaza, Suite 700<br>Denver, Colorado  80202<br>Email:  guy.till@usdoj.gov | Miller M. Leonard, Esq.<br>Miller Leonard, P.C.<br>1767 Denver West Boulevard, Suite A<br>Golden, Colorado  80401<br>Email:<br>miller@themillerleonardlawfirm.com<br>*Attorney for Defendant, Johnson (6)* |
| Edward R. Harris, Esq.<br>Office of the Federal Public Defender<br>633 – 17th Street, Suite 1000<br>Denver, Colorado  80202<br>Email:  Edward_Harris@fd.org<br>*Attorney for Defendant, Askew (1)* | Joseph Saint-Veltri, Esq.<br>900 Logan Street<br>Denver, Colorado  80203<br>Email:  jsvlawoffice@gmail.com<br>*Attorney for Defendant, Khamsahu (7)* |
| John H. Schlie, Esq.<br>Law Office of John Henry Schlie, P.C.<br>7100 East Belleview Avenue, #G-11<br>Greenwood Village, Colorado  80111<br>Email:  johnhenry@schlielawfirm.com<br>*Attorney for Defendant, Bullock (2)* | Dennis W. Hartley, Esq.<br>Dennis W. Hartley, P.C.<br>1749 South 8th Street, Suite 5<br>Colorado Springs, Colorado  80905<br>Email:  Julia@hartleyslaw.com<br>*Attorney for Defendant, Lugo (8)* |
| R. Scott Reisch, Esq.<br>Reisch Law Firm, LLC.<br>1490 West 121st Avenue, Suite 202<br>Denver, Colorado  80234<br>Email:  rscottreisch@att.net<br>*Attorney for Defendant, Collins (3)* | Thomas J. Hammond, Esq.<br>Thomas J. Hammond, P.C.<br>955 Bannock Street, Suite 200<br>Denver, Colorado  80204<br>Email:  hammondlaw@solucian.com<br>*Attorney for Defendant, Martin (9)* |
| Scott Jurdem, Esq.<br>Jurdem, LLC<br>820 Pearl Street, Suite H<br>Boulder, Colorado  80302<br>Email:  sj@jurdem.com<br>*Attorney for Defendant, Gardner (5)* | Normando R. Pacheco, Esq.<br>2371 Locust<br>Denver, Colorado  80207<br>Email:  joannasweetpea6@aol.com<br>*Attorney for Defendant, Myers (10)* |

-4-

| | |
|---|---|
| Charles W. Elliott, Esq.<br>The Law Office of Charles W. Elliott<br>1801 Broadway, Suite 1100<br>Denver, Colorado  80202<br>Email:  CWEMDEDME@aol.com<br>*Attorney for Defendant, Parker (11)* | Thomas D. Edstrom, Esq.<br>Eric M. Lee, Esq.<br>Douglas L. Romero, Esq.<br>Law Office of Douglas L. Romero, LLC<br>200 S. Sheridan Boulevard, Suite 150<br>Denver, Colorado  80226-8006<br>Emails:<br>timedstrom@ coloradochristiandefensecounsel.com<br>ericlee@ coloradochristiandefensecounsel.com<br>dougromero@ coloradochristiandefensecounsel.com<br>*Attorneys for Defendant, Schrah (14)* |
| Darren R. Cantor, Esq.<br>Darren R. Cantor, P.C.<br>1127 Auraria Parkway, Suite 201-B<br>Denver, Colorado  80204<br>Email:  Darren@cantorlaw.com<br>*Attorney for Defendant, Calvin Riley (12)* | |
| Ariel Z. Benjamin, Esq.<br>Harvey A. Steinberg, Esq.<br>Springer & Steinberg, P.C.<br>1600 Broadway, Suite 1200<br>Denver, Colorado  80202-4920<br>Email:<br>abenjamin@springersteinberg.com<br>         law@springersteinberg.com<br>*Attorneys for Defendant, Corey Riley (13)* | Jonathan S. Willett, Esq.<br>The Law Offices of Jonathan S. Willett<br>1331 – 17th Street, Suite 608<br>Denver, Colorado  80202<br>Email:  jwillett@willettlaw.net<br>*Attorney for Defendant, Switzer (15)*<br><br>Ronald J. Hahn, Esq.<br>Law Offices of Ronald Hahn<br>333 West Hampden Avenue, Suite 415<br>Englewood, Colorado  80110<br>Email:  rhahn3667@hotmail.com<br>*Attorney for Defendant, Wright* |

*s/Julie M. Mesaros*

Julie M. Mesaros, Paralegal