IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  12-cr-00010-MSK-04

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

4.  **GEORGE A. GADDY,**

    **Defendant.**

---

### ORDER FOR PRE-TRIAL PSYCHIATRIC  EXAMINATION

---

    The Court having considered the motion by the Government (DOC     ) for pre-trial psychiatric examination of defendant George A. Gaddy to determine the defendant's mental competency to stand trial pursuant to Title 18, United States Code, Sections 4241(a) and 4247 and Fed. R. Crim. P. 12.2(c)(1)(B),

    It is hereby ORDERED that said motion is GRANTED:

    Susan Bograd, M.D., is ordered to meet with the defendant, conduct examinations, review pertinent documents and report, and prepare a written report of findings as provided for in Title 18, United States Code, Section 4247( c), with respect to the matter of the defendant's mental competence within 90 days.  Upon request, the attorney for the defendant and the U.S. Probation Officer supervising the defendant's pretrial release are directed to assist in coordinating access to the defendant.  The Government is directed to provide copies of the pertinent Rule 16 discovery in this case and to provide background information on the history and progress of the case if

1

requested to do so.  The defense attorney of record, upon request by Dr. Bograd, is directed to provide background information on the nature and quality of communications with the defendant.  Dr. Bograd is authorized to request the Veteran's Administration and the Department of Defense to provide any available pertinent records or information pertaining to the defendant's status and competence.  The Government attorney may assist Dr. Bograd's efforts to acquire such records.

After Dr. Bograd's written report has been received by the Court and copies of said report have been distributed to the attorneys for the parties, a hearing on this matter will be set.  The question to be addressed at such hearing is whether "there is reasonable cause to believe that the defendant may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."  Title 18, United States Code, Section 4241(a).  Further, assuming *arguendo* the defendant is incompetent, the Court will determine whether a period of hospitalization is appropriate under the terms of Title 18 U.S.C. § 4241(d).  *See also United States v. Steil*, 916 F.2d 485, 486-87 (8th Cir. 1990).

So ORDERED, this _____ day of _____, 2012.

BY THE COURT:

_____
MARCIA S. KRIEGER
United States District Judge
District of Colorado