IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   **GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

    Defendants
_____

### OBJECTION TO GOVERNMENT'S MOTION FOR A PSYCHIATRIC EVALUATION AND DETERMINATION OF THE DEFENDANT'S MENTAL COMPETENCY TO STAND TRIAL (DOCKET #763) AND REQUEST FOR LEAVE TO FILE A BRIEF
_____

**COMES NOW**, the Defendant, George A. Gaddy, by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby objects to the Government's motion for a second psychiatric evaluation and requests leave to file a brief, and as grounds therefore, states and alleges as follows:

-2-

1. The Defendant requests approximately 14 days in which to respond more fully with support for the objection.

2. This brief objection was filed so that the Court is aware that the Defendant strenuously objects to the government's motion for a psychiatric re-evaluation and determination of the Defendant's mental competency to stand trial (Docket #763).

**WHEREFORE,** the Defendant objects to the government's motion for a psychiatric and/or mental health re-evaluation and leave to file a brief within 14 days, for the reasons stated.

Respectfully submitted this 3rd day of December, 2012.

**JEFFREY R. EDELMAN, P.C.**

s/ Jeffrey R. Edelman

Jeffrey R. Edelman, # 7413
18801 East Mainstreet, Suite 290
Parker, Colorado  80134
[720] 851-8440
[720] 851-5874 [fax]
Email:  jredel@earthlink.net
Attorney for Defendant

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 3rd day of December, 2012, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Email:  guy.till@usdoj.gov

          s/Julie M. Mesaros

          Julie M. Mesaros, Paralegal