IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   **GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

    Defendants.

---

## DEFENDANT, GADDY'S MOTION TO EXCUSE DEFENDANT AT LAW AND MOTION HEARING

---

**COMES NOW**, the Defendant, George M. Gaddy, by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby requests this Court to permit him to waive his presence at the non-evidentiary hearing on the law and motion hearing currently scheduled for January 10, 2013 at 4:00 p.m., and as grounds therefore, states and alleges as follows:

1. The government objects to the instant request on the basis that the government is uncertain as to the full nature and extent of the January 10, 2012 hearing and believes that if the Defendant is not present at the hearing, it may delay these proceedings.

2. The Defendant filed his motion to determine the mental competency of the Defendant pursuant to 18 U.S.C. § 4241 to determine whether or not the Defendant was able to understand the nature and consequences of the proceedings lodged against him and whether or not the Defendant could assist counsel to adequately and properly prepare his defense. (Docket #637). After a hearing on September 26, 2012, the Court issued its order for a competency examination and determination on September 28, 2012 and appointed Dr. Birgit Fisher to conduct the examination and prepare a report pursuant to 18 U.S.C. § 4241. (Docket #666)

3. On or about November 9, 2012, the psychiatric [sic] psychological report prepared by Dr. Fisher was filed with the Court (Docket #746).

4. On or about November 29, 2012, the government filed its motion to determine competency to stand trial (Docket #763) after receiving the psychiatric [sic] psychological report of the Defendant (Docket #746). The Defendant filed his response in opposition (Docket #774) on or about December 3, 2012 and his brief in opposing to the government's motion (Docket #780) on or about December 7, 2012.

5. As a result of the government's motion and the Defendant's objection thereto, on or about December 11, 2012, the Court set the matter for a non-evidentiary law and motion hearing for January 10, 2013 at 4:00 p.m. (Docket #784)

6. The Defendant has physical mobility difficulties and those disabilities set forth in the report of Dr. Fisher make it difficult for him to appear. His appearance is unnecessary.

5. The Defendant has been on pre-trail release since he was initially indicted and arraigned in this matter and has been compliant with the terms of his pre-trial release.

**WHEREFORE,** the Defendant, Gaddy hereby requests that this Court issue an Order granting waiving the Defendant's presence and excusing him from the non-evidentiary law and motion hearing scheduled for January 10, 2013 at 4:00 p.m., for the reasons stated.

Respectfully submitted this 9th day of January, 2013.

**JEFFREY R. EDELMAN, P.C.**

s/ Jeffrey R. Edelman

Jeffrey R. Edelman, # 7413
19201 East Mainstreet, Suite 203
Parker, Colorado  80134
[720] 851-8440
[720] 851-5874 [fax]
Email:  jredel@earthlink.net
*Attorney for Defendant, Gaddy (4)*

-4-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 9th day of January, 2013, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Email:  guy.till@usdoj.gov

                                                s/Julie M. Mesaros

                                                Julie M. Mesaros, Paralegal