IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy: LaDonne Bush          Date: January 10, 2013
Court Reporter: Therese Lindblom

Criminal Action No. 12-cr-00010-MSK-4

| *Parties*: | *Counsel*: |
|---|---|
| UNITED STATES OF AMERICA, | Guy Till |
| Plaintiff, | |
| v. | |
| GEORGE A. GADDY, | Jeffrey Edelman |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**

**4:20 p.m.**     **Court in session**.

Defendant present on bond.

Argument.

**ORDER:**   Government's Motion for a Psychiatric Evaluation and Determination of the Defendant's Mental Competency to Stand Trial (Doc. 763) is granted. Within seven days, counsel shall submit a proposed order for preparation of a report by Dr. Susan Bograd.

Court asks counsel to call and advise chambers when the proposed order has been submitted electronically.

Discussion regarding obtaining Defendant's Veterans Administration and Army records.

A hearing date will be set after the Court is advised of how long it will take Dr. Bograd to prepare the report.

**ORDER:**   Bond is continued on the same terms and conditions.

**4:39 p.m.**     **Court in recess.**

Total Time: 00:19
Hearing concluded.