IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00010-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.  GREGORY A. COLLINS,
4.  **GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

        Defendants.

## ORDER TO ACCOMPANY SUBPOENA TO THE
## DEFENSE FINANCE AND ACCOUNTING SERVICE

The United States of America, by United States Attorney John F. Walsh, through Assistant United States Attorney (Government), has requested the Court to issue an Order to the managers of the Defense Finance and Accounting Service (DFAS) of the Department of Defense (DOD) directing DFAS to comply with a subpoena from the Government asking for the production of copies of leave and earning statements relating to the U.S. Army active duty service of George A. Gaddy during the 1960s.  The

Government subpoena should identify George A. Gaddy and provide the service number, social security number, and date of birth for George A. Gaddy.

The Government has requested the Court to issue this Order directing the managers of DFAS to provide copies of the requested records to the United States Attorney's Office for the District of Colorado on or before February 20, 2013, or provide a written explanation to the United States Attorney's Office indicating why the records cannot be produced on or before February 20, 2013.

The records being subpoenaed are to be used in relation to matters and issues touching on the above captioned case, which is currently pending in the United States District Court for the District of Colorado.

Being now familiar with the case and being sufficiently advised in the premises for the Government's motion for an Order, the Court finds and concludes that the motion has merit.  Accordingly, the Court grants the Government's motion.

The managers of the Defense Finance and Accounting Service are directed to provide copies of the requested records pertaining to George A. Gaddy to the United States Attorney's Office  for the District of Colorado on or before February 20, 2013.  In the event it is not possible to do so, said managers shall provide a written explanation to the United States Attorney's Office indicating why the records cannot be produced on or before February 20, 2013.

It is so Ordered.  Signed and entered this ___ day of February, 2013.

> BY THE COURT:
>
> _____
> MARCIA S. KRIEGER, CHIEF JUDGE
> UNITED STATES DISTRICT COURT
> DISTRICT OF COLORADO