IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   **GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

      Defendants.

---

**DEFENDANT, GADDY'S RESPONSE TO GOVERNMENT'S MOTION FOR AN ORDER TO ACCOMPANY SUBPOENA TO THE DEFENSE FINANCE AND ACCOUNTING SERVICE (DOCKET #816)**

---

**COMES NOW**, the Defendant, George M. Gaddy, by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby files his response to the government's motion for an order to accompany

subpoena to the Defense Finance and Accounting Service (Docket #816), and as grounds therefore, states and alleges as follows:

1.      The government filed its motion for an order to accompany subpoena to the Defense Finance and Accounting Service (Docket #816) on or about February 1, 2013. The Defendant has not seen the proposed subpoena.

2.      Defendant, Gaddy objects to the government's motion to the extent that the government is requesting any documentation from either the Defendant's military service and his care at the Veteran's Administration or any other care during and subsequent to his military service approximately 40 years ago as not relevant. The documents should only be limited to relevant and recent mental health records, some of which has already been turned over to the government from the Veteran's Administration.

**WHEREFORE,** Defendant, Gaddy objects to the motion filed by the government (Docket #816) to the extent set forth herein, for the reasons stated.

Respectfully submitted this 7th day of February, 2013.

                            **JEFFREY R. EDELMAN, P.C.**

                            s/ Jeffrey R. Edelman
                          _____

                          Jeffrey R. Edelman, # 7413
                          19201 East Mainstreet, Suite 203
                          Parker, Colorado  80134
                          [720] 851-8440
                          [720] 851-5874 [fax]
                          Email:  jredel@earthlink.net
                          *Attorney for Defendant, Gaddy (4)*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 7th day of February, 2013, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Email:  guy.till@usdoj.gov

Ariel Z. Benjamin, Esq.
Harvey A. Steinberg, Esq.
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202-4920
Email:  abenjamin@springersteinberg.com
           law@springersteinberg.com
*Attorney for Defendant, Corey L. Riley (13)*

Darren R. Cantor, Esq.
Darren R. Cantor, P.C.
1127 Auraria Parkway, Suite 201-B
Denver, CO 80204
Email:  darren@cantorlaw.net
*Attorney for Defendant, Calvin R. Riley (12)*

Timothy D. Edstrom, Esq.
Law Office of Douglas L. Romero
200 South Sheridan Boulevard, Suite 150
Denver, CO 80226-8006
Email:  timedstrom@coloradochristiandefensecounsel.com
*Attorney for Defendant, Thomas A. Schrah, Jr. (14)*

Charles W. Elliott, Esq.
Law Offices of Charles W. Elliott
1801 Broadway, Suite 1100
Denver, Colorado  80202
Email:  Cwemdedme@aol.com
*Attorney for Defendant, Darrell R. Parker (11)*

Ronald J. Hahn, Esq.
Law Offices of Ronald Hahn
333 West Hampden Avenue, Suite 415
Englewood, Colorado  80110
Email:  rhahn3677@hotmail.com
*Attorney for Defendant, Clifford M. Wright (16)*

Edward R. Harris, Esq.
Office of the Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, CO 80202
Email:  Edward_Harris@fd.org
*Attorney for Defendant, George H. Askew (1)*

Dennis W. Hartley, Esq.
Dennis W. Hartley, P.C.
1749 South Eighth Street, Suite #5
Colorado Springs, CO 80905
Email:  Julia@hartleyslaw.com
*Attorney for Defendant, Eric Lugo (8)*

Scott Jurdem, Esq.
Jurdem, LLC.
820 Pearl Street, Suite H
Boulder, Colorado  80302
Email:  sj@jurdem.com
*Attorney for Defendant, Delbert J. Gardner (5)*

Eric M. Lee, Esq.
Douglas L. Romero, Esq.
Law Office of Douglas L. Romero, LLC
200 South Sheridan Boulevard, Suite 150
Denver, CO 80226-8006
Email:  ericlee@coloradochristiandefensecounsel.com
         dougromero@coloradochristiandefensecounsel.com
*Attorney for Defendant, Thomas A. Schrah, Jr. (14)*

Miller M. Leonard, Esq.
Miller Leonard, P.C
1767 Denver West Boulevard, Suite A
Golden, CO 80401
Email:  miller@themillerleonardlawfirm.com
*Attorney for Defendant, Richard W. Johnson (6)*

Normando R. Pacheco, Esq.
2371 Locust
Denver, CO 80207
Email:  joannasweetpea6@aol.com
*Attorney for Defendant, Johnie A. Myers (10)*

R. Scott Reisch, Esq.
Reisch Law Firm, LLC
1490 West 121st Avenue, Suite 202
Denver, CO 80234
Email:  rscottreisch@att.net
*Attorney for Defendant, Gregory A. Collins (3)*

John H. Schlie, Esq.
Law Office of John Henry Schlie
7100 East Belleview Avenue, Suite G-11
Greenwood Village, CO 80111
Email:  johnhenry@schlielawfirm.com
*Attorney for Defendant, Romell E. Bullock (2)*

Jonathan S. Willett, Esq.
The Law Offices of Jonathan S. Willett
1331 17th Street, Suite 608
Denver, CO 80202
Email:  jwillett@willettlaw.net
*Attorney for Defendant, James R. Switzer (15)*

s/Julie M. Mesaros

Julie M. Mesaros, Paralegal