**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Emily Seamon | Date: | March 18, 2013 |
| Court Reporter: | Terri Lindblom | | |

Criminal Action No. 12-cr-00010-MSK

| *Parties*: | *Counsel Appearing:* |
|---|---|
| UNITED STATES OF AMERICA, | Guy Till |
| Plaintiff, | |
| v. | |
| 4. GEORGE A. GADDY, | Jeffrey Edelman |
| Defendant. | |

**COURTROOM MINUTES**

HEARING:   LAW AND MOTION

**11:01 a.m.    Court in session.**

Defendant present on bond.

Also seated at Government's table: ATF Special Agent Jason Cole.

Discussion between the Court and counsel regarding whether Defendant is competent either to proceed to trial or to proceed with a plea agreement.

Statements by counsel regarding evidence in addition to the two reports that have been filed.

**ORDER:**   Counsel shall contact chambers within 24 hours to set the two-hour evidentiary hearing. The hearing shall be set within the next 30 days.

**ORDER:**   Bond is continued.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**11:05 a.m.     Court in recess.**

**Total Time:    00:04**
**Hearing concluded.**