IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GEORGE H. ASKEW,
2.    ROMELL E. BULLOCK,
3.    GREGORY A. COLLINS,
4.    **GEORGE A. GADDY,**
5.    DELBERT J. GARDNER,
6.    RICHARD W. JOHNSON,
7.    SHEPS H. KHAMSAHU,
8.    ERIC LUGO,
9.    LAWRENCE T. MARTIN,
10.    JOHNIE A. MYERS,
11.    DARRELL R. PARKER,
12.    CALVIN R. RILEY,
13.    COREY L. RILEY,
14.    THOMAS A. SCHRAH, JR.,
15.    JAMES R. SWITZER, and
16.    CLIFFORD M. WRIGHT,

    Defendants

---

**JOINT MOTION TO DETERMINE COMPETENCY BASED UPON THE
PLEADINGS AND REPORTS**

---

**COMES NOW**, the Defendant, George A. Gaddy, by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and the government, by and through its attorney, Guy Till, Assistant United States Attorney, and hereby moves this Court for a determination of the Defendant's competency pursuant to the pleadings filed in this matter and the reports of Dr. Birgit Fisher and Dr. Susan

Bograd, and to vacate the hearing currently scheduled for May 8, 2013, and as grounds therefore, states and alleges as follows:

1. On or about September 14, 2012, counsel for the Defendant filed his Motion for Determination of Mental Competency of the Defendant pursuant to 18 U.S.C. § 4241, *et seq.* (Docket #637).

2. Prior to the filing of the Defendant's Motion to Determine Mental Competency, the Defendant had filed his Notice of Disposition (Docket #542) and the Court scheduled a Change of Plea Hearing for September 26, 2012 (Docket #543).

3. The Defendant withdrew the Notice on or about September 18, 2012 (Docket #644). As a result of the Defendant's withdrawal of the notice of disposition and the filing of the motion for determination of the Defendant's competency, the Court converted the Change of Plea hearing to a law and motion hearing. (Docket #653).

4. At the law and motions hearing on September 26, 2012, the Court granted the Defendant's motion and ordered a competency examination to be completed by Dr. Birgit Fisher and a report filed within 45 days. (Docket #666).

5. The Defendant filed Dr. Fisher's report on or about November 9, 2012. (Docket #746)

6. A second competency examination was completed by Dr. Susan Bograd at the request of the government and Dr. Bograd's report was filed on or about March 7, 2013 (Docket #843).

7. As a result of the competency examinations completed in this matter, a competency hearing is currently scheduled for May 8, 2013 at 9:00 a.m. (Docket #847).

8. Since the completion of the aforementioned examinations, the Defendant filed his Notice of Disposition (Docket #871) on or about April 22, 2013 contingent upon the finding of competency.

9. The parties request that this Court make a determination as to the Defendant's competency pursuant to the pleadings and the reports of Dr. Fisher and Dr. Bograd without the necessity of the hearing on May 8, 2013.

**WHEREFORE,** the parties request that this Court enter an order for a determination of the Defendant's competency after the Court has considered the pleadings and the evaluations of the professionals and to vacate the May 8, 2013 competency hearing, for the reasons stated.

Respectfully submitted this 26th day of April, 2013.

| | |
|---|---|
| **JOHN F. WALSH** <br> United States Attorney | **JEFFREY R. EDELMAN, P.C.** |
| s/Guy Till | s/ Jeffrey R. Edelman |
| Guy Till <br> Assistant United States Attorney <br> 1225 – 17th Street, Suite 700 <br> Denver, Colorado  80202 <br> [303] 454-0207 <br> [303] 454-0401 [fax] <br> Email:  guy.till@usdoj.gov <br> Attorney for the Government | Jeffrey R. Edelman <br> 19201 East Mainstreet, Suite 203 <br> Parker, Colorado  80134 <br> [720] 851-8440 <br> [720] 851-5874 [fax] <br> Email:  jredel@earthlink.net <br> Attorney for Defendant |