IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     GEORGE H. ASKEW,
2.     ROMELL E. BULLOCK,
3.     GREGORY A. COLLINS,
4.     **GEORGE A. GADDY,**
5.     DELBERT J. GARDNER,
6.     RICHARD W. JOHNSON,
7.     SHEPS H. KHAMSAHU,
8.     ERIC LUGO,
9.     LAWRENCE T. MARTIN,
10.   JOHNIE A. MYERS,
11.   DARRELL R. PARKER,
12.   CALVIN R. RILEY,
13.   COREY L. RILEY,
14.   THOMAS A. SCHRAH, JR.,
15.   JAMES R. SWITZER, and
16.   CLIFFORD M. WRIGHT,

       Defendants

---

### MOTION FOR EXEPITED RULING REGARDING JOINT MOTION TO DETERMINE COMPETENCY BASED UPON THE PLEADINGS AND REPORTS (Docket #872)

---

**COMES NOW**, the Defendant, George A. Gaddy, by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby moves this Court for an expedited determination of the Defendant's competency pursuant to the pleadings filed in this matter and the reports of Dr. Birgit Fisher and Dr. Susan Bograd, and as grounds therefore, states and alleges as follows:

1. The Defendant has attempted to confer with Guy Till, Assistant United Attorney for the government regarding whether or not the government has any objection to the instant request. As of the preparation of this motion, the undersigned has not received a response, however, Mr. Till may not object to this request.

2. On or about September 14, 2012, counsel for the Defendant filed his Motion for Determination of Mental Competency of the Defendant pursuant to 18 U.S.C. § 4241, *et seq.* (Docket #637).

3. At the law and motions hearing on September 26, 2012, the Court granted the Defendant's motion and ordered a competency examination to be completed by Dr. Birgit Fisher and a report filed within 45 days. (Docket #666).

4. The Defendant filed Dr. Fisher's report on or about November 9, 2012. (Docket #746)

5. A second competency examination was completed by Dr. Susan Bograd at the request of the government and Dr. Bograd's report was filed on or about March 7, 2013 (Docket #843).

6. As a result of the competency examinations completed in this matter, a competency hearing was scheduled for May 8, 2013 at 9:00 a.m. (Docket #847).

7. The parties filed their Joint Motion for Determination of Competency to Stand Trial Based Upon the Pleadings and Reports on or about April 26, 2013 (Docket #872) and also requested that the Court vacate the May 8, 2013 hearing. On or about April 29, 2013, the Court issued its Order (Docket #873) stating:

> "Order construing Motion for Order of Competency to Stand Trial as to George Gaddy (4) to be a motion to vacate competency hearing and for ruling based on the pleadings and reports. The motion is

> GRANTED.  The competency hearing set for May 8, 2013, is VACATED."

8. To date, the Court has yet to issue an order regarding the competing evaluations filed in this matter and the Defendant's competency.

**WHEREFORE, t**he Defendant requests an expedited determination as to the Defendant's competency pursuant to the pleadings and the reports of Dr. Fisher and Dr. Bograd, for the reasons stated.

Respectfully submitted this 12th day of June, 2013.

**JEFFREY R. EDELMAN, P.C.**

s/ Jeffrey R. Edelman

Jeffrey R. Edelman, # 7413
18801 East Mainstreet, Suite 290
Parker, Colorado  80134
[720] 851-8440
[720] 851-5874 [fax]
Email:  jredel@earthlink.net
Attorney for Defendant

-4-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 12th day of June, 2013, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Email:  guy.till@usdoj.gov

        s/Julie M. Mesaros

        Julie M. Mesaros, Paralegal