## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date:   August 6, 2013
Court Reporter:     Terri Lindblom

Criminal Action No. 12-cr-00010-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,                Guy Till

       Plaintiff,

v.

GEORGE A. GADDY,                         Jeffrey Edelman

       Defendant.

---

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**2:03 p.m.**     **Court in session.**

Defendant present on bond.

The parties are not ready to proceed.  There is no Plea Agreement.

The matter will be set for trial.

**2:06 p.m.**     **Court in recess**
**2:25 p.m.**     **Court in session**

The Court addresses setting the matter for trial.

**ORDER:**     Defendant Gaddy's Motion to Sever (**Doc. #337**) and Motion to Excuse (**Doc. #797**) are **DENIED** as moot.

**ORDER:**     Trial is set on **September  9, 2013 at 1:30 p.m.**  All subsequent days of trial begin at 8:30 a.m., unless counsel are advised otherwise. Final pretrial conference

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

is set on **September 4, 2013 at 4:00 p.m.** in Courtroom A901, 901 19th Street, Denver, CO. The Sentencing hearing previously set on **November 4, 2013 at 9:00 a.m.** is **VACATED.**

**ORDER:**      Bond is continued.

**2:36 p.m.**      **Court in recess.**

**Total Time:**    **13 minutes.**
**Hearing concluded.**                    1