**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)**

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| COX | GADDY, GEORGE A. | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 1:12-000010-004 | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S.A. v. Gaddy | ☑ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | ☑ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

1) 21 846=CD.F -- Conspiracy to Distribute Controlled Substances

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

Transcripts will be used for impeachment of the witnesses who are anticipated will testify at the jury trial scheduled to begin on 09/09/2013. The transcripts may contain exculpatory evidence and the Defendant requests receipt of prior to 09/09/2013.

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically).* NOTE: *The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*

See Attached

14. SPECIAL AUTHORIZATIONS    JUDGE'S INITIALS

A. Apportioned Cost    % of transcript with *(Give case name and defendant)*

B. ☐ 14-Day   ☑ Expedited   ☐ Daily   ☐ Hourly   ☐ Realtime Unedited

C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

s/Jeffrey R. Edelman        08/12/2013
Signature of Attorney       Date

Jeffrey R. Edelman
Printed Name
Telephone Number: (720) 851-8440

☑ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

_____    _____
Date of Order      Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS

☑ Official   ☐ Contract   ☐ Transcriber   ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

Therese Lindblom
US District Court for the District of Colorado

Telephone Number: (303) 628-7877

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense *(Itemize)* | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____   Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____   Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judge or Clerk of Court _____   Date _____ | |

| Date | Docket No. | Description |
| --- | --- | --- |
| 07/13/2012 | 563 | Sentencing Hearing for Co-Defendant, Darrell R. Parker |
| 08/06/2012 | 587 | Change of Plea Hearing for Co-Defendant, Thomas A. Schrah, Jr. |
| 08/22/2012 | 604 | Change of Plea Hearing for Co-Defendant, Thomas A. Schrah, Jr. |
| 09/17/2012 | 640 | Sentencing Hearing for Co-Defendant, Lawrence T. Martin |
| 09/18/2012 | 643 | Sentencing Hearing for Co-Defendant, George H. Askew |
| 09/26/2012 | 659 | Change of Plea Hearing for Co-Defendant, Eric Lugo |
| 10/02/2012 | 671 | Sentencing Hearing for Co-Defendant, Calvin R. Riley |
| 10/09/2012 | 682 | Sentencing Hearing for Co-Defendant, Johnie A. Myers |
| 10/17/2012 | 696 | Sentencing Hearing for Co-Defendant, Johnie A. Myers |
| 10/30/2012 | 724 | Sentencing Hearing for Co-Defendant, James R. Switzer |
| 11/01/2012 | 730 | Change of Plea Hearing for Co-Defendant, Gregory A. Collins |
| 11/13/2012 | 750 | Sentencing Hearing for Co-Defendant, Clifford M. Wright |
| 11/20/2012 | 766 | Change of Plea Hearing for Co-Defendant, Corey L. Riley |
| 11/30/2012 | 772 | Sentencing Hearing for Co-Defendant, Thomas A. Schrah, Jr. |
| 01/14/2013 | 803 | Sentencing Hearing for Co-Defendant, Eric Lugo |
| 03/05/2013 | 838 | Change of Plea Hearing for Co-Defendant, Gregory A. Collins |
| 07/16/2013 | 914 | Sentencing Hearing for Co-Defendant, Sheps H. Khamsahu |
| 07/17/2013 | 915 | Sentencing Hearing for Co-Defendant, Richard W. Johnson |
| 07/17/2013 | 916 | Sentencing Hearing for Co-Defendant, Romell E. Bullock |
| 07/25/2013 | 920 | Sentencing Hearing for Co-Defendant, Gregory A. Collins |