※CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./DIV. CODE<br>COX | 2. PERSON REPRESENTED<br>GADDY, GEORGE A. | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>1:12-000010-004 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF *(Case Name)*<br>U.S.A. v. Gaddy | 8. PAYMENT CATEGORY<br>☑ Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant   ☐ Appellant<br>☐ Juvenile Defendant   ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>*(See Instructions)* | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
1) 21 846=CD.F -- Conspiracy to Distribute Controlled Substances

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*
Transcripts will be used for impeachment of the witnesses who are anticipated will testify at the jury trial scheduled to begin on 09/09/2013. The transcripts may contain exculpatory evidence and the Defendant requests receipt of prior to 09/09/2013.

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically)*. NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
See Attached

14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS
A. Apportioned Cost ____ % of transcript with *(Give case name and defendant)*
B. ☐ 14-Day   ☑ Expedited   ☐ Daily   ☐ Hourly   ☐ Realtime Unedited
C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions
D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

s/Jeffrey R. Edelman                     08/12/2013
Signature of Attorney                     Date

Jeffrey R. Edelman
Printed Name
Telephone Number: (720) 851-8440
☑ Panel Attorney   ☐ Retained Attorney   ☐ Pro-Se   ☐ Legal Organization

16. COURT ORDER
Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judge or By Order of the Court

Date of Order                     Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☑ Official   ☐ Contract   ☐ Transcriber   ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS
Janet Coppock
US District Court for the District of Colorado

Telephone Number: (303) 893-2835

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense *(Itemize)* | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____   Date _____

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK   I hereby certify that the services were rendered and that the transcript was received.

_____                     _____
Signature of Attorney or Clerk                       Date

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED

_____                     _____
Signature of Judge or Clerk of Court                 Date

| Date | Docket No. | Description |
| --- | --- | --- |
| 06/25/2012 | 530 | Change of Plea Hearing for Co-Defendant, Lawrence T. Martin |
| 06/26/2012 | 535 | Change of Plea Hearing for Co-Defendant, Romell E. Bullock |