CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 01/08)

| 1. CIR./DIST./DIV. CODE COX | 2. PERSON REPRESENTED GADDY, GEORGE A. | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 1:12-000010-004 | | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) U.S.A. v. Gaddy | 8. PAYMENT CATEGORY ☑ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | | 9. TYPE PERSON REPRESENTED ☑ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | | 10. REPRESENTATION TYPE (See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

1) 21 846=CD.F -- Conspiracy to Distribute Controlled Substances

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

Transcripts will be used for impeachment of the witnesses who are anticipated will testify at the jury trial scheduled to begin on 09/09/2013. The transcripts may contain exculpatory evidence and the Defendant requests receipt of prior to 09/09/2013.

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*
See Attached

| 14. SPECIAL AUTHORIZATIONS | | | | | JUDGE'S INITIALS |
|---|---|---|---|---|---|
| A. Apportioned Cost | % of transcript with *(Give case name and defendant)* | | | | |
| B. ☐ 14-Day ☑ Expedited | ☐ Daily | ☐ Hourly | ☐ Realtime Unedited | | |
| C. ☐ Prosecution Opening Statement ☐ Defense Opening Statement | ☐ Prosecution Argument ☐ Defense Argument | ☐ Prosecution Rebuttal ☐ Voir Dire | ☐ Jury Instructions | | |
| D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | | | | | |

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

s/Jeffrey R. Edelman          08/12/2013
Signature of Attorney          Date

Jeffrey R. Edelman
Printed Name

Telephone Number: (720) 851-8440
☑ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judge or By Order of the Court

Date of Order          Nunc Pro Tunc Date

## CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS ☑ Official ☐ Contract ☐ Transcriber ☐ Other 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE | 18. PAYEE'S NAME AND MAILING ADDRESS FTR (Federal Reporting Service/Avery Woods) Telephone Number: (303) 825-6119 |
|---|---|

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense *(Itemize)* | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee          Date

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk          Date

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT Signature of Judge or Clerk of Court          Date | 24. AMOUNT APPROVED |
|---|---|

| Date | Docket No. | Description |
|------|-----------|-------------|
| 01/23/2012 | 28 | Initial Appearance and Arraignment Hearing for Co-Defendants, Johnie A. Myers, Corey L. Riley & Thomas A. Schrah, Jr. |
| 01/26/2012 | 67 | Discovery and Detention Hearing as to Co-Defendants, Johnie A. Myers, Corey L. Riley & Thomas A. Schrah, Jr. |
| 01/26/2012 | 68 | Arraignment, Discovery & Detention Hearing as to Co-Defendant, George H. Askew |
| 01/26/2012 | 69 | Arraignment, Discovery & Detention Hearing as to Co-Defendant Romell E. Bullock |
| 01/26/2012 | 70 | Arraignment, Discovery & Detention Hearing as to Co-Defendant, James R. Switzer |
| 01/26/2012 | 71 | Arraignment, Discovery & Detention Hearing as to Co-Defendant, Calvin R. Riley |
| 01/26/2012 | 72 | Arraignment, Discovery & Detention Hearing as to Co-Defendant, Gregory A. Collins |
| 01/26/2012 | 73 | Arraignment, Discovery & Detention Hearing as to Co-Defendant, Eric Lugo |
| 01/26/2012 | 74 | Arraignment, Discovery & Detention Hearing as to Co-Defendant, Richard W. Johnson |
| 01/26/2012 | 75 | Arraignment, Discovery & Detention Hearing as to Co-Defendant, Clifford M. Wright |
| 01/27/2012 | 100 | Arraignment, Discovery & Detention Hearing as to Co-Defendant, Sheps H. Khamasahu |
| 01/27/2012 | 107 | Arraignment, Discovery & Detention Hearing as to Defendant, George A. Gaddy |
| 01/30/2012 | 114 | Arraignment, Discovery & Detention Hearing as to Co-Defendant, Delbert J. Gardner |
| 01/30/2012 | 126 | Arraignment, Discovery & Detention Hearing as to Co-Defendant, Sheps H. Khamsahu |
| 01/31/2012 | 134 | Arraignment, Discovery & Detention Hearing as to Co-Defendant, Delbert J. Gardner |
| 01/31/2012 | 135 | Arraignment, Discovery & Detention Hearing as to Co-Defendant, George H. Askew |
| 01/31/2012 | 136 | Arraignment, Discovery & Detention Hearing as to Defendant, George A. Gaddy |
| 02/01/2012 | 146 | Bond Release Hearing as to Co-Defendant Romell E. Bullock |
| 02/02/2012 | 162 | Bond Hearing as to Co-Defendant, Richard Johnson & Clifford M. Wright |
| 02/02/2012 | 169 | Bond Release Hearing as to Co-Defendant Richard W. Johnson & Clifford M. Wright |
| 02/06/2012 | 176 | Arraignment, Discovery & Detention Hearing as to Co- |

|  |  | Defendant Darrell R. Parker |
|---|---|---|
| 02/14/2012 | 197 | Arraignment, Discovery & Detention Hearing as to Co-Defendant, Lawrence T. Martin |
| 02/15/2012 | 202 | Motions Hearing as to Co-Defendant, James R. Switzer |
| 02/23/2012 | 247 | Re-Arraignment on Superseding Indictment as to Co-Defendants, George H. Askew, Delbert J. Gardner, Richard W. Johnson, Johnie A. Myers, Corey L. Riley, Thomas A. Schrah, Jr. and James R. Switzer |