IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  12-cr-00010-MSK-04

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4.  GEORGE A. GADDY,

        Defendant.
_____

GOVERNMENT'S RULE 48 MOTION TO DISMISS CHARGES
AS TO DEFENDANT GEORGE A. GADDY, ONLY
_____

        The United States of America, by United States Attorney John F. Walsh, through the undersigned Assistant U.S. Attorney, hereby respectfully enters the Government's Motion to Dismiss the Second Superseding Indictment (#469), First Superseding Indictment (#180), and Indictment (#1), in the above captioned and styled case, as to defendant GEORGE A. GADDY, only,  pursuant to Fed. R. Crim. P. 48.

        The Government advises the Court that said defendant's case, upon review, presents several circumstances that have caused the Government to conclude that further proceedings in this case would not be in the best interests of the furtherance of justice.  *See Berger v. United States*, 295 U.S. 78 (1935).  Briefly stated, contact and observation of the defendant resulted in questions about the defendant's cognitive abilities.  The defendant has been evaluated by qualified professionals.  The opinions of professionals differed.  The Government believes the defendant has correctly been determined to be competent to proceed.  The defendant appears to have limited mobility; if incarcerated, the defendant may require special accommodations.  The U.S. Bureau of Prisons is capable of making special accommodations where required.  The defendant has been determined by a federal agency to be fully disabled, apparently as a result of military service in Viet Nam.  The defendant has asserted to the prosecution that he believed he was entitled to smoke marijuana at the Hell's Lovers clubhouse locations before January 2012

because he was holder of a Colorado state medical marijuana card.  Government counsel believes that it has been explained to defendant GEORGE A. GADDY that the laws of the United States make the maintenance of drug involved premises a federal crime regardless of the laws of the State of Colorado.  The defendant has been under the supervision of pretrial services while on bond since January 2012 without incident.  The Government estimates the defendant has a Criminal History Category II.

Accordingly, the Government respectfully enters this Motion to Dismiss the charges in this case as to defendant GEORGE A. GADDY, only.

Respectfully submitted this 14th day of August, 2013.

Respectfully submitted,

JOHN F. WALSH
United States Attorney


By:  s/*Guy Till*
GUY TILL
Assistant United States Attorney
1225 17th Street, Suite 700
Denver, CO. 80202
Telephone (303) 454-0207
Fax (303) 454-0401
guy.till@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August 2013, I electronically filed the foregoing **GOVERNMENT'S RULE 48 MOTION TO DISMISS REMAINING CHARGES AS TO DEFENDANT GEORGE A. GADDY, ONLY** was filed with the clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/Michelle Trujillo*
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
303-454-0100
303-454-0409 (fax)