IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  12-cr-00010-MSK-04

UNITED STATES OF AMERICA,

        Plaintiff,

v.

4.  GEORGE A. GADDY,

        Defendant.

**ORDER DISMISSING CHARGES
AS TO DEFENDANT GEORGE A. GADDY, ONLY**

        The Court has reviewed the Motion of the United States of America, by United States Attorney John F. Walsh, through Assistant United States Attorney Guy Till (Government), filed pursuant to Fed.R.Crim.P. 48, asking to dismiss the Second Superseding Indictment (#469), the First Superseding Indictment (#180), and the Indictment (#1) in the above captioned case as to defendant George A. Gaddy, only.

        The Government advises the Court that said defendant's case, upon review, presents circumstances that have caused the Government to conclude that further proceedings in this case would not be in the best interests of the furtherance of justice.  Generally, the decision whether and when to file such a motion is within the discretion of the Government.

        The Court is familiar with the record in this matter.  Being sufficiently advised, the Court finds and concludes that the Motion shall be granted.

1

Accordingly, the Second Superseding Indictment (#469), the First Superseding Indictment (#180), and the Indictment (#1) filed in the above captioned case are hereby dismissed as to Defendant George A. Gaddy.

It is so ordered.

Signed and entered this _____ day of August, 2013.

BY THE COURT:

_____
MARCIA S. KRIEGER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO