IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   **GEORGE A. GADDY,**
5.   DELBERT J. GARDNER,
6.   RICHARD W. JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.  JOHNIE A. MYERS,
11.  DARRELL R. PARKER,
12.  CALVIN R. RILEY,
13.  COREY L. RILEY,
14.  THOMAS A. SCHRAH, JR.,
15.  JAMES R. SWITZER, and
16.  CLIFFORD M. WRIGHT,

    Defendants.

---

**DEFENDANT, GADDY'S RESPONSE TO GOVERNMENT'S RULE 48 MOTION TO DISMISS CHARGES AS TO DEFENDANT GEORGE A. GADDY, ONLY (DOCKET #940)**

---

**COMES NOW**, the Defendant, George M. Gaddy, by and through his Court-appointed attorney, Jeffrey R. Edelman ("Edelman"), of Jeffrey R. Edelman, P.C., and hereby files his response to the government's Rule 48 Motion to Dismiss Charges as to

-2-

Defendant George A. Gaddy, Only (Docket #940), and as grounds therefore, states and alleges as follows:

1. The government filed its Rule 48 Motion to Dismiss Charges as to Defendant George A. Gaddy, Only (Docket #940) on or about August 14, 2013.

2. Defendant, Gaddy joins and adopts the government's motion and urges this Court to swiftly grant the motion and to vacate the final trial preparation conference currently scheduled for September 4, 2013 at 4:00 p.m. and the jury trial scheduled for September 9, 2013 through September 13, 2013 in order to halt the Defendant's preparation for trial.

Respectfully submitted this 16th day of August, 2013.

**JEFFREY R. EDELMAN, P.C.**

s/ Jeffrey R. Edelman

Jeffrey R. Edelman, # 7413
19201 East Mainstreet, Suite 203
Parker, Colorado  80134
[720] 851-8440
[720] 851-5874 [fax]
Email:  jredel@earthlink.net
*Attorney for Defendant, Gaddy (4)*

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing instrument were filed with the Clerk of the Court and served electronically via ECF, on this 16th day of August, 2013, and addressed to the following:

Guy Till, Esq.
Assistant United States Attorney
1225 – 17th Street East
Seventeenth Street Plaza, Suite 700
Denver, Colorado  80202
Email:  guy.till@usdoj.gov

                                                                                         s/Julie M. Mesaros

                                                                                         Julie M. Mesaros, Paralegal