UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    GEORGE H. ASKEW,
2.    ROMELL E. BULLOCK,
3.    GREGORY A. COLLINS,
**4.    GEORGE A. GADDY**,
5.    DELBERT J. GARDNER,
6.    RICHARD JOHNSON,
7.    SHEPS H. KHAMSAHU,
8.    ERIC LUGO,
9.    LAWRENCE T. MARTIN,
10.    JOHNIE A. MYERS,
11.    DARELL R. PARKER,
12.    CALVIN R. RILEY,
13.    COREY L. RILEY,
14.    THOMAS A. SCHRAH, JR.,
15.    JAMES R. SWITZER, and
16.    CLIFFORD M. WRIGHT,

    Defendants.

## ORDER DISMISSING CHARGES

THIS MATTER comes before the Court on the Government's Rule 48 Motion to Dismiss Charges as to Defendant George A. Gaddy, Only (Motion) **(#940)** filed August 14, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and the Second Superseding Indictment (#469), the First Superseding Indictment (#180), and the Indictment (#1) filed in the above captioned case are hereby dismissed as to Defendant George A. Gaddy.

DATED this 16th day of August, 2013.

                                         **BY THE COURT:**

                                         _____

                                         Marcia S. Krieger
                                         Chief United States District Judge